**Fill in this information to identify your case:**

Debtor 1: Richard Stephen Francis
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Nelson Mullins et al.**
**100 SE 2nd Avenue**
**Suite 2700**
**Fort Lauderdale, FL 33394**

Contact: 

Contact phone: 

**What is the nature of the claim?** Legal Services — **$150,773.85**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

**2**

**RXO Managed Transport, LLC**
**11215 N. Community House Rd**
**Charlotte, NC 28277**

Contact: 

**What is the nature of the claim?** Personal Guarantee — **$1,500,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -

Debtor 1 **Richard Stephen Francis** Case number *(if known)*

Contact phone Unsecured claim

---

**3**

**The Huntington National Bank**
**PO Box 182232**
**Columbus, OH 43218**

Contact

Contact phone

**What is the nature of the claim?** **2023 Boston Whaler** **$1,415.16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$901,415.16**
  - Value of security: - **$900,000.00**
  - Unsecured claim **$1,415.16**

---

**4**

**Varilease Finance, Inc.**
**c/o Jay L. Welford, Esq.**
**Taft Stettinius & Hollister, LLP**
**27777 Franklin Road, Suite 2500**
**Southfield, MI 48034-3000**

Contact

Contact phone

**What is the nature of the claim?** **Personal Guaranty** **$10,679,700.01**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Richard Stephen Francis**
**Richard Stephen Francis**
Signature of Debtor 1

X
Signature of Debtor 2

Date **September 22, 2026**

Date

Debtor 1 **Richard Stephen Francis** Case number *(if known)* ____________

Contact phone Unsecured claim ____________

---

**3**

**The Huntington National Bank**
**PO Box 182232**
**Columbus, OH 43218**

Contact

Contact phone

**What is the nature of the claim?** **2023 Boston Whaler** **$1,415.16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured) **$901,415.16**
Value of security: - **$900,000.00**
Unsecured claim **$1,415.16**

---

**4**

**Varilease Finance, Inc.**
**c/o Jay L. Welford, Esq.**
**Taft Stettinius & Hollister, LLP**
**27777 Franklin Road, Suite 2500**
**Southfield, MI 48034-3000**

Contact

Contact phone

**What is the nature of the claim?** **Personal Guaranty** **$10,679,700.01**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) ____________
Value of security: - ____________
Unsecured claim ____________

---

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Richard Stephen Francis**
**Richard Stephen Francis**
Signature of Debtor 1

X ____________
Signature of Debtor 2

Date **September 22, 2026**

Date ____________