ORDERED.

**Dated: July 16, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

IN RE: Case No. 2:26-mp-2-FMR

Temporary Zoom Procedures

_______________________________________/

**ORDER PROVIDING TEMPORARY**
**ZOOM PROCEDURES IN THE FORT MYERS DIVISION**

Due to hurricane damage to the Fort Myers Courthouse and Federal Building, the General Services Administration commenced a construction project in Spring 2026 to replace damaged windows and to provide other repairs and alterations. Accordingly, it is

**ORDERED** that effective immediately the Court's procedures for conducting non-evidentiary hearings in Fort Myers Division cases before Judge Rivera are hereby temporarily amended as follows:

1. Until further notice after conclusion of construction, the Court will hold all non-evidentiary hearings (including Chapter 13 confirmation hearings) by Zoom.

2. Advance Registration Required. To participate in a hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m. one business day before the date of the hearing. To register, click on or enter the following registration link in your computer browser:

https://www.zoomgov.com/meeting/register/QnLhJgFmQXeVTefP1OPpmQ#/registration

Upon registration, Zoom will provide a password-protected link for the Zoom conference.

3. If a party is unable to register for the hearing, contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing. Failure to timely register may result in your being denied access to the hearing via Zoom.

The Clerk is directed to docket this standing order in all Fort Myers Division cases pending before Judge Rivera until further instructed by the Court.