**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:

Richard Stephen Francis, CASE NO.: 2:26-bk-02418

Debtor. CHAPTER 11

_______________________________________/

**NOTICE OF APPEARANCE**

COMES NOW the law firm of **BUCHANAN INGERSOLL & ROONEY PC**, and without waiver of any rights, files this Notice of Appearance as counsel for **THE HUNTINGTON NATIONAL BANK, as Lender and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent,** and hereby requests that copies of all future pleadings and notices that said creditors are entitled to receive be sent to the undersigned:

**JOHN D. EMMANUEL, ESQ.**
**Buchanan Ingersoll & Rooney PC**
**401 E. Jackson St., Suite 2400**
**Tampa, Florida 33602**
**Tel: (813) 222-1162**
**Fax: (813) 222-8189**
**john.emmanuel@bipc.com**

Respectfully submitted,

/s/ John D. Emmanuel
John D. Emmanuel, Esq.
Florida Bar No: 0475572
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson St., Suite 2400
Tampa, FL 33602
Tel: (813) 222-1162/Fax: (813) 222-8189
john.emmanuel@bipc.com
*Attorney for Creditors The Huntington National Bank as Lender and as Agent*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice of Appearance, that was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF on September 23, 2026.

/s/ John D. Emmanuel____________________
John D. Emmanuel, Esq.

4897-1245-9219, v. 1