UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No. 2:26-bk-02418-FMR
Chapter 11

RICHARD STEPHEN FRANCIS,

Debtor.
_________________________________/

**NOTICE OF APPEARANCE**

Conor J. McLaughlin, Esq. files this Notice of Appearance on behalf of Guy A. Van Baalen, Acting United States Trustee for Region 21.

The meeting of creditors will be held telephonically on October 27, 2026, at 10:30 a.m. on conference line (888) 330-1716. The participant passcode is 7420722#.

The United States Bankruptcy Court will serve creditors and parties in interest with Notice of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

Dated: September 24, 2026

Respectfully submitted,
GUY A. VAN BAALEN
Acting United States Trustee for Region 21

/S/CONOR J. MCLAUGHLIN
Conor J. McLaughlin
Trial Attorney
United States Department of Justice
Office of the United States Trustee
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
850-942-1666
Florida Bar No. 0084477
Conor.McLaughlin@usdoj.gov