**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: September 24, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No.
2:26−bk−02418−FMR
Chapter 11

Richard Stephen Francis

Debtor* /

***ORDER DISAPPROVING APPLICATION TO EMPLOY***

THIS CASE came on for consideration, without hearing, of the Application to Employ Seese, P.A. as as Counsel for Debtor−in−Possession filed by the debtor , Doc. # 9 . After review, the Court determines that the application is deficient as follows:

The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002−4.

Accordingly it is

***ORDERED:***

The application is disapproved to allow movant to file an amended application.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.