**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| IN RE:<br><br>RICHARD S. FRANCIS,<br><br>Debtor. | CASE NO. 2:26-bk-02418-FMR<br><br>CHAPTER 11 |

**DISCLOSURE OF COMPENSATION**
**OF PROPOSED ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the proposed attorney for RICHARD S. FRANCIS and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, 1 have agreed to accept | $ *See Below |
| Prior to the filing of this statement, I have received | $ See attached Exhibit "A" |
| Balance due | $ *See Below |

* Other than the retainer(s) collected and invoices paid, as described on attached Exhibit "A", Seese, P.A. ("Seese") has agreed to bill for services rendered at Seese's standard hourly rates. The Debtor has further agreed to compensate Seese for the actual costs and expenses incurred in this case.

2. The filing fees were paid, and reimbursement received.

3. The source of compensation paid to me: * see attached Exhibit "A"

4. The source of compensation to be paid to me: Debtor

5. Ï have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

6. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

a. Advise the Debtor generally regarding matters of bankruptcy law in connection with this Case;

b. Advise the Debtor of the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable bankruptcy rules, including local rules, pertaining to the administration of the Case and U.S. Trustee Guidelines related to the daily operation of its business and administration of this estate;

c. To prepare motions, applications, answers, proposed orders, reports and any other papers necessary in connection with the administration of the estate;

d. To negotiate with creditors, prepare and seek confirmation of a plan of reorganization and related documents, and assist the Debtor with implementation of any plan;

e. Review executory contracts and unexpired leases;

f. To negotiate and document any debtor-in-possession financing and exit financing; and

g. To render such other advice and services as the Debtor may require in this Case.

7. By agreement with the Debtor, the above-disclosed fee does not include the following services: None.

**CERTIFICATION**

**I CERTIFY** that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Dated: September 25, 2026

SEESE, P.A.
*Proposed* Attorneys for Debtor-in-Possession
101 N.E. 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 745-5897

/s/ Michael D. Secse
MICHAEL D. SEESE, Esquire
Fla. Bar No. 997323

**EXHIBIT "A"**

**TO DISCLOSURE OF COMPENSATION OF PROPOSED ATTORNEYS TO DEBTOR**

Prior to the filing date, Seese received the following from or on behalf of the Debtor:

- $7,500.00 received into trust from the Debtor on May 21, 2026
- $7,500.00 received from trust, as payment for legal services rendered, on June 1, 2026
- $6,410.00 received from the Debtor, as payment for legal services rendered, on June 15, 2026
- $7,670.00 received from the Debtor, as payment for legal services rendered, on July 10, 2026
- $25,000.00 received into trust from Giant Energy Solutions, LLC on July 28, 2026
- $30,000.00 received into trust from the Debtor on August 18, 2026
- $20,000.00 received into trust from the Debtor on August 18, 2026
- $4,680.00 received from trust, as payment for legal services rendered, on August 24, 2026
- $1,625.00 received from trust, as payment for legal services rendered, on September 3, 2026
- $20,000.00 received into trust from the Debtor on September 18, 2026
- $15,908.00 received from trust, as payment for legal services rendered, on September 22, 2026

Seese, P.A. holds a Chapter 11 retainer in the amount of **$72,787.00.**