**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| IN RE:<br><br>RICHARD S. FRANCIS,<br><br>Debtor. | CASE NO. 2:26-bk-02418-FMR<br><br>CHAPTER 11 |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor files this *Chapter 11 Case Management Summary* and states as follows[1]:

The following data represents approximations for background information only and the information may represent the Debtor's best estimates in response to some of the ensuing questions. The Debtor reserves the right to amend the following information, including, without limitation, in connection with the filing of schedules and statement of financial affairs:

1. DATE OF ORDER FOR RELIEF UNDER CHAPTER 11:

   September 22, 2026

2. NAMES, CASE NUMBERS AND DATES OF FILING OF RELATED DEBTORS:

   N/A

3. DESCRIPTION OF DEBTOR'S BUSINESS[2]:

   The Debtor was the managing executive of the R&R family of companies, a portfolio of companies engaged in the transportation services industry (collectively, "R&R"). R&R primarily served as a motor carrier and a licensed transportation brokerage and offered other related freight logistics and carrier services on behalf of various shippers. R&R had contracts with more than 15,000 carriers. At the end of

[1] The Debtor reserves the right to amend the information contained herein. Additionally, the information contained herein is without prejudice to, or waiver of, the Debtor's rights, claims, defenses, and objections, including, without limitation, the right to object to (a) any claim, (b) any claims for fees, costs, and interest, (c) the extent, validity, and priority of any lien, and (d) seek the avoidance and recovery of any avoidance action under Chapter 5 of the Bankruptcy Code.

[2] This "Description" is intended only as a summary, and the Debtor reserves, and does not waive any and all claims, including, without limitation, claims against any of the Lenders.

fiscal year 2024, R&R generated approximately $1,000,000,000.00 ($1 Billion) in gross annual revenues.

In the course of R&R's business operations, R&R obtained several loans, including, without limitation, a revolving loan commitment of up to $85,000,000.00 (collectively, the "Credit Facility") from Huntington National Bank ("HNB") and S&T Bank ("S&T" and, together with HNB, the "Lenders"). HNB served as administrative agent on behalf of the Lenders.

The Lenders subsequently required significant paydowns of the Credit Facility and ceased lending to R&R, and despite R&R having reduced the outstanding debt from over $120,000,000.00 to between $20,000,000.00 and $40,000,000.00, the lack of adequate working capital and systematic and aggressive reduction of debt through collections and liquidation of assets, led to the ultimate demise of R&R.

The Lenders ultimately declared a non-monetary default on January 5, 2026.

4. LOCATIONS OF DEBTOR'S OPERATIONS AND WHETHER THE BUSINESS PREMISES ARE LEASED OR OWNED:

The Debtor resides at 550 S. Barfield Drive, Marco Island, Florida (the "Residence"). The Residence is owned jointly by the Debtor and his wife, Kathleen L. Francis.

5. REASONS FOR FILING CHAPTER 11[3]:

Due to the demise of R&R, the Debtor was sued on one or more personal guarantees, one of which exceeds $10,000,000.00. Additionally, on January 23, 2023, R&R Express Properties, LLC ("Express") acquired certain real property located at 550 S. Barfield Drive, Marco Island, Florida 33145 (the "Marco Property"). The acquisition of the Marco Property was ultimately funded by a mortgage from HNB, individually, and not as administrative agent under the Credit Facility, in the amount of $6,000,000.00 (the "Marco Mortgage"), and included a contribution from the Debtor in the amount of approximately $2,750,000.00. Although the Marco Property was titled in the name of Express, the Marco Property was expressly excluded as collateral under the Credit Facility of R&R, and HNB knew, at all times, that the Marco Property would be the primary residence of the Debtor and his wife.

In connection with the acquisition of the Marco Property, the mortgage was originally going to be provided by HNB's private banking division, considering the Debtor's lengthy and sizable relationship with HNB. However, due to time constraints and the possibility of losing the property and deposit paid by the Debtor and his wife, the mortgage was ultimately provided through HNB's commercial loan division, as this was the most expedient manner through which to obtain the loan and close on the Marco Property. Again, although the property was titled in the name of Express, the Marco Property was expressly excluded from any liens recorded in favor of the Lenders.

[3] *See* n.2, *supra*.

On December 29, 2025, the Debtor and his wife purchased the Marco Property from R&R, utilizing a mortgage with Centennial Bank ("Centennial") in the amount of $5,336,300.00 to facilitate the purchase (the "Centennial Mortgage"). In connection with the purchase, HNB provided two payoff quotes to R&R and a quote relating to the interest rate swap. HNB later acknowledged receiving from the Debtor's closing agent a wire earmarked for payment of the Marco Mortgage (the "Payoff Funds") in an amount exceeding the amount due under the Marco Mortgage, yet HNB declined to apply the proceeds to satisfy the Marco Mortgage. HNB has acknowledged that the funds received would have been sufficient to pay off the Marco Mortgage in full but did not apply the funds to the outstanding debt.

Rather, HNB, in both its individual capacity, and as administrative agent for the Lenders, filed a complaint in Collier County in Case No. 2026-CA-000170 with the Circuit Court of Twentieth Judicial Circuit in and for Collier County, Florida. The complaint also named Centennial as a defendant. However, after the complaint was filed, and for reasons unknown to the Debtor, on or about February 25, 2026, HNB wired the Payoff Funds to Centennial directly despite receiving the Payoff Funds from the closing agent. Centennial applied the Payoff Funds to the Centennial Mortgage loan balance and then on March 4, 2026, recorded a release of Centennial Mortgage, effectively canceling the Debtor and his wife's mortgage with Centennial.[4]

Due to the substantial fees and costs being incurred in the litigation with the Lenders and at least one other matter involving the Debtor's personal guarantee, the Debtor opted to file for relief under Chapter 11, with the hopes of resolving these claims before the United States Bankruptcy Court, which the Debtor anticipates will be more efficient, with the ultimate goal of confirming a plan of reorganization.

6. LIST OF OFFICERS AND DIRECTORS, IF APPLICABLE, AND THEIR SALARIES AND BENEFITS AT THE TIME OF FILING AND DURING THE ONE (1) YEAR PRIOR TO FILING:

N/A

7. DEBTOR'S FISCAL OR CALENDAR YEAR-TO-DATE GROSS INCOME AND THE DEBTOR'S GROSS INCOME FOR THE CALENDAR OR FISCAL YEAR PRIOR TO THE FILING OF THIS PETITION:

2026: $335,857.22[5]
2025: Return is being prepared.
2024: $3,176,309.00

---

4 The Debtor countersued HNB in the state court action for among other things to quiet title to the Marco Property as a result of HNB's failure to abide by Florida statutory requirements relating to releasing mortgages after payment is received pursuant to a payoff letter.

5 Through August 31, 2026. The Debtor commenced working on a commission basis in August 2026 for Giant Energy. It is anticipated that the Debtor's income will increase.

8. AMOUNTS OWED TO VARIOUS CREDITORS:

a. OBLIGATIONS OWED TO PRIORITY CREDITORS INCLUDING PRIORITY TAX OBLIGATIONS:

NONE

b. WITH RESPECT TO CREDITORS HOLDING SECURED CLAIMS, THE NAME OF AND AMOUNTS OWED TO SUCH CREDITORS AND A DESCRIPTION AND ESTIMATED VALUE OF ALL COLLATERAL OF THE DEBTOR SECURING THEIR CLAIMS:

Huntington National Bank

- first priority lien against 550 S. Barfield Drive, Marco Island, FL 33145
- Amount owed: $5,300,000.00 (approx.; disputed)
- Collateral value: $8,500,000.00 (estimated)

WFBNA Home Lending

- first priority lien against 4251 Breckenridge Court, Presto, PA 15142
- Amount owed: $221,192.74 (approx.)
- Collateral value: $1,400,000.00 (estimated)

WFBNA Home Lending

- first priority lien against 101 E. Crafton Avenue, Pittsburgh, PA 15205
- Amount owed: $108,863.00 (approx.)
- Collateral value: $200,000.00 (estimated)

Huntington National Bank

- second priority lien against 4251 Breckenridge Court, Presto, PA 15142
- Amount owed: $732,362.00 (approx.)
- Collateral value: $1,400,000.00 (estimated)

Huntington National Bank

- first priority lien against 2023 42’ Boston Whaler vessel
- Amount owed: $901,415.00 (approx.)
- Collateral value: $900,000.00 (estimated)

c. APPROXIMATE AMOUNTS OF UNSECURED CLAIMS:

$12,330,473.86[6]

[6] Debtor reserves right to object to any claims, including, without limitation, on the basis that a secured claim is either partially or fully unsecured.

9. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF THE DEBTOR'S ASSETS:

The Debtor's primary assets consist of the following[7],[8]:

| | |
|---|---|
| 550 S. Barfield Avenue<br>Marco Island, FL 34145 | $8,500,000.00 |
| 4251 Breckenridge Court<br>Presto, PA 15142 | $1,400,000.00 |
| 101 E. Crafton Avenue<br>Pittsburgh, PA 15205 | $200,000.00 |
| 2023 42' Boston Whaler | $900,000.00 |
| Destination One, LLC<br>(Debtor owns a 10%<br>interest, jointly with his<br>wife; Destination One, LLC<br>owns a motor yacht) | $800,000.00 |
| Bank Balances | $226,301.96 |
| Claim against Lenders | $Unknown |
| Misc. Household Furnishings<br>and Appliances | $77,275.00 |

10. LIST OF ALL INSURANCE POLICIES, THE PROPERTY COVERED UNDER THE POLICY, THE NAME OF THE INSURER, THE POLICY NUMBER, AMOUNT OF COVERAGE, WHETHER THE PREMIUM IS CURRENT, THE DATE THE NEXT PREMIUM IS DUE AND DATE THE POLICY EXPIRES:

***SEE ATTACHED SCHEDULE "A"***

11. NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE:

N/A

---

[7] Includes assets owned by the Debtor, individually, and jointly with his spouse.

[8] The values of disclosed assets are estimated. The Debtor reserves the right to value any asset, including, without limitation, for purposes of 11 U.S.C. §§ 506 and 1129.

12. STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS, IF APPLICABLE. THIS DOES NOT ELIMINATE THE OBLIGATION OF CHAPTER 11 DEBTORS (OTHER THAN INDIVIDUALS NOT ENGAGED IN BUSINESS) TO PROVIDE THE MORE DETAILED PAYROLL TAX INFORMATION REQUIRED BY LOCAL RULE 2081-1(A):

N/A

13. ANTICIPATED EMERGENCY RELIEF TO BE REQUESTED WITHIN 14 DAYS FROM THE PETITION DATE:

*Motion for Entry of Order (A) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Services, (B) Deeming Utility Providers Adequately Assured of Future Performance, and (C) Establishing Adequate Assurance Procedures with Respect to Utility Providers* [ECF No. --]

DATE: September 25, 2026

Richard S. Francis

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Case Management Summary* was served electronically, *via* CM/ECF, upon all parties entitled to receive such notice as of the date filed.

*/s/ Michael D. Seese*
Michael D. Seese, Esq.
FBN 997323

***Schedule A***

***List of Insurance***

| ***Type and Policy Number*** | ***Insurer*** | ***Policy Period*** |
|---|---|---|
| Homeowners and Hurricane<br>Policy No. 5564449981<br><br>550 S Barfield Drive<br>Marco Island, FL 33415 | Frontline Insurance | December 29, 2025 through December 29, 2026 |
| Flood Insurance<br>Policy No. 09115225964303<br><br>550 S Barfield Drive<br>Marco Island, FL 33415 | Wright National Flood Insurance | February 9, 2026 through February 9, 2027 |
| Homeowners<br>Policy No. HO100237613-03<br><br>4251 Breckenridge Court<br>Presto, PA 15142 | Huntington Insurance | January 10, 2026 through January 10, 2027 |
| Homeowners<br>Policy No. HO200071672-01<br><br>101 E. Crafton Avenue<br>Crafton, PA 15205 | Huntington Insurance | May 30, 2026 through May 30, 2027 |
| Automobile<br>Policy No. 869593272<br><br>2026 MB S580<br>2024 Ford F150<br>2026 Lincoln Navigator | Progressive Auto | August 13, 2026 through February 13, 2027 |
| Watercraft<br>Policy No. Y38600424<br><br>2023 43’ Boston Whaler | ACE American | April 26, 2026 through April 16, 2027 |