United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-02418-FMR
Richard Stephen Francis Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-2 User: admin Page 1 of 1
Date Rcvd: Sep 23, 2026 Form ID: Dntcdfnc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Stephen Francis, 550 S. Barfield Drive, Marco Island, FL 34145-5921 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael D Seese | on behalf of Debtor Richard Stephen Francis mseese@seeselaw.com |
| United States Trustee - FTM | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 2

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No. 2:26−bk−02418−FMR
Chapter 11

Richard Stephen Francis

Debtor* /

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On September 22, 2026, Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Ft. Myers Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

All Schedules A through J and the Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non−individuals) were either not filed, filed incomplete or filed using outdated forms as follows: ***Summary of Assets, Schedules A−J, Declaration Concerning Schedules***. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), Debtor must file the missing items with proper declaration of Debtor no later than 14 days from the date the petition was filed.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $34.00 amendment fee and provide proof of service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

The Statement of Financial Affairs was not filed. Debtor must file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

The Chapter 11 Statement of Your Current Monthly Income pursuant to Fed. R. Bankr. P. 1007

(b)(4)(5)(6) and 11 U.S.C. § 521(a)(1)(B)(v) was not filed. Debtor must file a signed Chapter 11 Statement of Your Current Monthly Income (Official Form B122B) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at https://www.flmb.uscourts.gov/forms/.

The Case Management Summary has not been filed or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2. Pursuant to Local Rule 2081−1(b), the chapter 11 Debtor must file a signed Case Management Summary within the earlier of three business days following the petition date or the date Debtor−in−Possession filed a motion requesting affirmative relief.

Debtor shall pay unpaid filing fees in the amount of $1738.00 within seven days from the date of service of this notice. Payment shall be made by cashier’s check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below. The Voluntary Petition was filed without full payment of the required filing fee. In addition, Debtor has not filed an application seeking approval to pay the filing fee in installments, or an application requesting to proceed in forma pauperis. (for Chapter 7 cases only)

FOR THE COURT

Dated: September 23, 2026

Jose A Rodriguez , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.