United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-02418-FMR
Richard Stephen Francis Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-2 User: admin Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdfADIzm Total Noticed: 13

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Stephen Francis, 550 S. Barfield Drive, Marco Island, FL 34145-5921 |
| 32870485 | + | Kathleen Francis, 550 S Barfield Drive, Marco Island, FL 34145-5921 |
| 32870488 | | Nelson Mullins et al., 100 SE 2nd Avenue, Suite 2700, Ft. Lauderdale, FL 33394 |
| 32870490 | + | The Huntington National Bank, c/o John D. Emmanuel, Esq., Buchanon Ingersoll & Rooney PC, 401 E Jackson Street, Suite 2400, Tampa, FL 33602-5236 |
| 32870493 | + | Varilease Finance, Inc., c/o Jay L. Welford, Esq., Taft Stettinius & Hollister, LLP, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32870373 | | Email/Text: BNC_Notices@floridarevenue.com | Sep 23 2026 23:26:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 32870372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2026 23:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32870486 | + | Email/Text: EBNBKNOT@ford.com | Sep 23 2026 23:28:00 | Lincoln Automotive Financial, PO Box 35910, Cleveland, OH 44135-0910 |
| 32870487 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Sep 23 2026 23:26:00 | Mercedes Benz Financial, PO Box 961, Roanoke, TX 76262-0961 |
| 32870489 | | Email/Text: serviceofprocess@rxo.com | Sep 23 2026 23:27:00 | RXO Managed Transport, LLC, 11215 N. Community House Rd., Charlotte, NC 28277 |
| 32870491 | + | Email/Text: bankruptcy@huntington.com | Sep 23 2026 23:27:00 | The Huntington National Bank, PO Box 182232, Columbus, OH 43218-2232 |
| 32870492 | + | Email/Text: bankruptcy@huntington.com | Sep 23 2026 23:27:00 | The Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 32870494 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 23 2026 23:34:08 | WFBNA Home Lending, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32870495 | *+ | WFBNA Home Lending, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael D Seese | on behalf of Debtor Richard Stephen Francis mseese@seeselaw.com |
| United States Trustee - FTM | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 2

ORDERED.

**Dated: July 16, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

IN RE: Case No. 2:26-mp-2-FMR

Temporary Zoom Procedures
_________________________________/

**ORDER PROVIDING TEMPORARY**
**ZOOM PROCEDURES IN THE FORT MYERS DIVISION**

Due to hurricane damage to the Fort Myers Courthouse and Federal Building, the General Services Administration commenced a construction project in Spring 2026 to replace damaged windows and to provide other repairs and alterations. Accordingly, it is

**ORDERED** that effective immediately the Court's procedures for conducting non-evidentiary hearings in Fort Myers Division cases before Judge Rivera are hereby temporarily amended as follows:

1. Until further notice after conclusion of construction, the Court will hold all non-evidentiary hearings (including Chapter 13 confirmation hearings) by Zoom.

2. Advance Registration Required. To participate in a hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m. one business day before the date of the hearing. To register, click on or enter the following registration link in your computer browser:

https://www.zoomgov.com/meeting/register/QnLhJgFmQXeVTefP1OPpmQ#/registration

Upon registration, Zoom will provide a password-protected link for the Zoom conference.

3. If a party is unable to register for the hearing, contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing. Failure to timely register may result in your being denied access to the hearing via Zoom.

The Clerk is directed to docket this standing order in all Fort Myers Division cases pending before Judge Rivera until further instructed by the Court.