United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-02418-FMR
Richard Stephen Francis Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-2 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: Dntcsc Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Stephen Francis, 550 S. Barfield Drive, Marco Island, FL 34145-5921 |
| cr | + | John D. THE HUNTINGTON NATIONAL BANK, as Administr, c/o John D. Emmanuel, Esq., 401 E. Jackson St., Suite 2400, Tampa, FL 33602, UNITED STATES 33602-5236 |
| cr | + | The Huntington National Bank, c/o John D. Emmanuel, Esq., 401 E. Jackson St., Suite 2400, Tampa, FL 33602, UNITED STATES 33602-5236 |
| 32870485 | + | Kathleen Francis, 550 S Barfield Drive, Marco Island, FL 34145-5921 |
| 32870488 | | Nelson Mullins et al., 100 SE 2nd Avenue, Suite 2700, Ft. Lauderdale, FL 33394 |
| 32871576 | + | THE HUNTINGTON NATIONAL BANK, as Administrative Ag, c/o John D. Emmanuel, Esq., 401 E. Jackson St., Suite 2400, Tampa, FL 33602-5236 |
| 32874553 | + | The Huntington National Bank, c/o John D. Emmanuel, Esq., 401 E. Jackson St., Suite 2400, Tampa, FL 33602-5236 |
| 32870490 | + | The Huntington National Bank, c/o John D. Emmanuel, Esq., Buchanon Ingersoll & Rooney PC, 401 E Jackson Street, Suite 2400, Tampa, FL 33602-5236 |
| 32870493 | + | Varilease Finance, Inc., c/o Jay L. Welford, Esq., Taft Stettinius & Hollister, LLP, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8222 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2026 23:17:02 | Lincoln Automotive Financial Services c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32870373 | | Email/Text: BNC_Notices@floridarevenue.com | Sep 28 2026 23:17:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 32870372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2026 23:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32870486 | + | Email/Text: EBNBKNOT@ford.com | Sep 28 2026 23:19:00 | Lincoln Automotive Financial, PO Box 35910, Cleveland, OH 44135-0910 |
| 32878659 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 28 2026 23:17:03 | Lincoln Automotive Financial Services, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32870487 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Sep 28 2026 23:18:00 | Mercedes Benz Financial, PO Box 961, Roanoke, TX 76262-0961 |
| 32870489 | | Email/Text: serviceofprocess@rxo.com | Sep 28 2026 23:19:00 | RXO Managed Transport, LLC, 11215 N. Community House Rd., Charlotte, NC 28277 |
| 32870491 | + | Email/Text: bankruptcy@huntington.com | Sep 28 2026 23:19:00 | The Huntington National Bank, PO Box 182232, Columbus, OH 43218-2232 |
| 32870492 | + | Email/Text: bankruptcy@huntington.com | Sep 28 2026 23:19:00 | The Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 32870494 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 28 2026 23:17:02 | WFBNA Home Lending, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32870495 | *+ | WFBNA Home Lending, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Conor McLaughlin | on behalf of U.S. Trustee United States Trustee - FTM conor.mclaughlin@usdoj.gov |
| John D Emmanuel | on behalf of Creditor John D. THE HUNTINGTON NATIONAL BANK as Administrative Agent and Collateral Agent john.emmanuel@bipc.com, Sabrina.storno@bipc.com;eService@bipc.com |
| John D Emmanuel | on behalf of Creditor The Huntington National Bank john.emmanuel@bipc.com Sabrina.storno@bipc.com;eService@bipc.com |
| Michael D Seese | on behalf of Debtor Richard Stephen Francis mseese@seeselaw.com |
| United States Trustee - FTM | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

**[Dntcsc]** [District Notice of (Initial) Status Conference]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

Case No. 2:26−bk−02418−FMR
Chapter 11

Richard Stephen Francis

Debtor* /

NOTICE OF INITIAL STATUS CONFERENCE

**PLEASE TAKE NOTICE:**

1. The Honorable Luis Ernesto Rivera II will conduct initial status conference pursuant to 11 U.S.C. § 105(d) on **October 21, 2026 , at 11:00 AM in Room 4−102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901**.

2. The Court will conduct the hearing in person at the location identified in this notice. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301−5195 no later than 3:00 p.m. one business day before the date of the hearing.

3. Interested parties must appear at the status conference, or any objections or defenses to matters discussed at the status conference may be deemed waived.

4. The Court may continue the status conference upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated September 28, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.