**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN RE:

RICHARD S. FRANCIS, Case No.: 2:26-BK-02418-FMR

Debtor. Chapter 11

_______________________________________________/

**MOTION FOR ADMISSION OF TIMOTHY P. PALMER TO APPEAR *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL**

Timothy P. Palmer, of Buchanan Ingersoll & Rooney PC, pursuant to Local Rule 2090-1, moves this Court for admission to appear pro hac vice, in this case, and any related adversary proceedings, as counsel for Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent, and respectfully represents the following:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar in Pennsylvania. Movant is not a resident of the State of Florida.

2. Movant is also admitted to practice before and is in good standing with the United District Court for the following:

| | |
|---|---|
| United States District Court for the Western District of Pennsylvania | 2000 |
| United States District Court for the Northern District of Ohio | 2006 |
| United States District Court for the Southern District of Ohio | 2006 |
| United States District Court for the Southern District of West Virginia | 2010 |
| United States Bankruptcy Court for the Northern District of West Virginia | 2015 |

3. Movant designates John D. Emmanuel, a resident Florida attorney, and a member of the law firm Buchanan Ingersoll & Rooney PC ("BIR"), who is qualified to practice in this

Court and who consents to designation as local counsel, Local counsel's written designation and consent to act is attached as Exhibit "A".

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Pennsylvania, or any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies that he has not previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Ft. Myers Division of the United States District Court.

7. Within fourteen days from the date of an order granting this Motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's Order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent, in this case and any related proceedings.

Dated: October 6, 2026

Respectfully submitted,

/s/ Timothy P. Palmer
Timothy P. Palmer

PA Bar No. 86165
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
timothy.palmer@bipc.com
*Attorney for Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 6, 2026, I electronically filed the foregoing with the Clerk of Court, which will send a notice of electronic filing to all counsel of record.

/s/ Timothy P. Palmer
Timothy P. Palmer
PA Bar No. 86165
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
timothy.palmer@bipc.com
*Attorney for Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN RE:

RICHARD S. FRANCIS, Case No.: 2:26-BK-02418-FMR

Debtor. Chapter 11

_______________________________________________/

**WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

I, JOHN D. EMMANUEL, an attorney qualified to practice in this Court, consent to designation as the local attorney for Timothy P. Palmer, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

/s/ John D. Emmanuel
John D. Emmanuel
Florida Bar No: 0475572
john.emmanuel@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel. No. 813 222 8180
Fax No: 813 222 8189
*Attorney for Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent*