**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| IN RE:<br><br>RICHARD S. FRANCIS,<br><br>Debtor. | CASE NO. 2:26-BK-02418-FMR<br><br>CHAPTER 11 |
|---|---|

**DEBTOR'S MOTION FOR EXTENSION**
**OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

RICHARD S. FRANCIS (the "Debtor"), by and through his proposed undersigned counsel, files this *Motion for Extension of Time to File Schedules and Statement of Financial Affairs* (the "Motion"), and in support thereof, states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding as defined in 28 U.S.C. §157(b)(2)(A).

2. The statutory predicates for the relief requested herein are Fed.R.Bankr.P. 1007(c) and 9006(b).

## GENERAL BACKGROUND

3. On September 22, 2026, the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code.

4. The deadline to file the schedules and statement of financial affairs is October 6, 2026. *See* Fed.R.Bankr.P. 1007(c).

5. The meeting of creditors to be conducted pursuant to 11 U.S.C. § 341 is currently scheduled for October 27, 2026, at 10:30 a.m. *See* ECF No. 13.

6. The Debtor and undersigned counsel have been working diligently to complete the schedules and statement of financial affairs.

7. The Debtor's schedules and statement of financial affairs are somewhat complex, and additional time is necessary to complete and file with the Court.

## RELIEF REQUESTED

8. The Debtor respectfully requests an extension of the deadline to file his schedules and statement of financial affairs, through and including **October 12, 2026.**

## BASIS IN SUPPORT OF RELIEF REQUESTED

9. The Debtor commenced this Chapter 11 case on September 22, 2026.

10. While the Debtor and undersigned counsel have worked diligently in an effort to complete the schedules and statement of financial affairs, a brief extension is necessary to complete and file the schedules and statement of financial affairs with the Court.

11. The meeting of creditors is currently scheduled for October 27, 2026, and the Debtor is requesting an extension through and including October 12, 2026, which is fifteen (15) days prior to the meeting of creditors.

12. Fed.R.Bankr.P 1007(c)(7) provides, in part, that the Court, for cause, may extend the time to file the schedules and statement of financial affairs, and notice must be provided to the United States Trustee, any creditors' committee election under 11 U.S.C. § 1102, and any trustee, examiner, and any other party that the Court requires.

13. There is no committee, trustee, or examiner appointed or serving in this case.

14. Notice is being provided electronically *via* CM/ECF to the United States Trustee.

15. In light of the short extension requested, the fact that the meeting of creditors is scheduled for October 27, 2026, and for the reasons stated herein, the Debtor respectfully submits that good and sufficient cause exists in support of the relief requested.

**WHEREFORE,** the Debtor respectfully requests that the Court grant this Motion and enter an order extending the deadline to file schedules and the statement of financial affairs through and including **October 12, 2026**, as well as granting any other and further relief that the Court may deem just and proper.

s/Michael D. Seese
Michael D. Seese
SEESE, P.A.
*Proposed* Attorneys for the Debtor
101 N.E. 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954-745-5897
mseese@seeselaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been served electronically, *via* CM/ECF, upon all parties registered to receive electronic notice – including Conor McLaughin, Esq., on behalf of the United States Trustee - as of the date filed.

*/s/ Michael D. Seese*
Michael D. Seese, Esq.
Florida Bar No. 997323