**[Doess13p]** [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: October 7, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No.
2:26−bk−02418−FMR
Chapter 11

Richard Stephen Francis

Debtor* /

***ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS***

THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules and Statements (Document No. 26) (the "Motion"). After reviewing the Motion, it is

***ORDERED:***

1. The Motion is ***GRANTED***.

2. Debtor shall file all needed Schedules and Statements by ***October 12, 2026***.

Michael Seese is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.