**Fill in this information to identify your case:**

Debtor 1: **Richard Stephen Francis**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **2:26-bk-02418-FMR**

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ 10,100,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ 2,570,208.96 |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ 12,670,208.96 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 7,263,832.90 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 197,773.85 |
| **Your total liabilities** | $ 7,461,606.75 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 42,751.54 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 65,283.45 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ ________

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ ________ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ ________ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ ________ |
| 9d. Student loans. (Copy line 6f.) | $ ________ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ ________ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ ________ |
| 9g. **Total.** Add lines 9a through 9f. | $ ________ |

**Fill in this information to identify your case and this filing:**

Debtor 1: **Richard Stephen Francis**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number **2:26-bk-02418-FMR**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**550 S. Barfield Drive**
Street address, if available, or other description

**Marco Island** | **FL** | **34145-0000**
City | State | ZIP Code

**Collier**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$8,500,000.00** | **$8,500,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

**If you own or have more than one, list here:**

1.2

**4251 Breckenridge Court**
Street address, if available, or other description

**Presto** **PA** **15142-0000**
City State ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other ____________

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,400,000.00 | $1,400,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

**If you own or have more than one, list here:**

1.3

**101 E. Crafton Avenue**
Street address, if available, or other description

**Pittsburgh** **PA** **15205-0000**
City State ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other ____________

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>** **$10,100,000.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 Richard Stephen Francis Case number *(if known)* 2:26-bk-02418-FMR

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **Mercedes Benz**
Model: **550SL**
Year: **2018**
Approximate mileage: **20,000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $35,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1 Make: **Boston Whaler**
Model: **420 R Outrage**
Year: **2023**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $900,000.00 | $900,000.00 |

4.2 Make: **Sea Doo**
Model: **GTX**
Year: **2023**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

4.3 Make: **Sea Doo**
Model: **GTX**
Year: **2023**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$942,000.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

| | |
|---|---|
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)** | **$34,825.00** |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)** | **$2,800.00** |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)** | **$24,400.00** |

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)** | **$9,250.00** |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Miscellaneous clothing** | **$500.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Rolex Yachtmaster Watch ($5,000.00)**<br>**Breitling ($1,000.00)** | **$6,000.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

**EXHBIIT "A"**

**550 S. Barfield Drive**
**Marco, FL 34145**

| | | *Major Appliances, Furn* | *Value* | *Electronics Value* | *Collections Value* | *Sports Equip Value* |
|---|---|---|---|---|---|---|
| ***1st Floor*** | ***Room*** | | | | | |
| | GR | LR Suite | $ 2,000.00 | $ 250.00 | | |
| | | TV | | | | |
| | | Piano | $ 6,000.00 | | $ 20,000.00 | |
| | | Art - 1st floor | | $ 100.00 | | |
| | | Stereo | | | | |
| | Kitchen | Ref | $ 750.00 | | | |
| | | Oven/ ST | $ 250.00 | | | |
| | | DW | $ 250.00 | | | |
| | | Kitchenware | $ 500.00 | | | |
| | | MW | $ 100.00 | | | |
| | | Table / CH | $ 250.00 | | | |
| | | | | $ 100.00 | | |
| | Office | Scanner | | | | |
| | | Office Furn | $ 250.00 | $ 200.00 | | |
| | | Computer | | | | |
| | MBR | BR Suite | $ 2,500.00 | | | |
| | | Bedding | $ 50.00 | $ 200.00 | | |
| | | TV | | | | |
| | | Art | $ 1,000.00 | | | |
| | Guest #1 | Roll Away | $ 200.00 | | | |
| | | Bedding | NV | | | |
| | | Prints | $ 250.00 | $ 100.00 | | |
| | | TV | | | | |
| | | | | | | $ 2,500.00 |
| | Garage | Work Out | | | | $ 500.00 |
| | | Bikes | $ 200.00 | | | |
| | | Ref | $ 250.00 | | | $ 100.00 |
| | | Golf Equip | | $ 250.00 | | $ 250.00 |
| | | Snorkels | | | | $ 1,000.00 |
| | | Fishing gear | | | | |
| ***2nd Floor*** | | | | $ 200.00 | | |
| | GR | TV | | | | |
| | | Chairs/ Table | $ 750.00 | | | |
| | | Coffee / Ice | $ 200.00 | | $ 1,000.00 | |
| | | Prints | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Guest 2 | BR Suite | $ 500.00 | | | |
| | | Bedding | NV | | | |
| | | Chairs | $ 100.00 | $ 100.00 | | |
| | | TV | | | | |
| | Guest 3 | BR Suite | $ 500.00 | | | |
| | | Bedding | NV | $ 100.00 | | |
| | | TV | | | | |
| | Guest 4 | BR Suite | $ 500.00 | | | |
| | | Bedding | NV | $ 75.00 | | |
| | | TV | | | | |
| | BR 4 - Par | BR Suite | $ 250.00 | | | |
| | | Bedding | NV | $ 75.00 | | |
| | | TV | | | | |
| ***Outside*** | Lanai | Furniture | $ 5,000.00 | | | |
| | | Art | $ 1,000.00 | | | $ 1,000.00 |
| | | Ice / Grill | $ 1,000.00 | | | |
| | ***TOTALS:*** | | ***$ 24,600.00*** | ***$ 1,750.00*** | ***$ 21,000.00*** | ***$ 5,350.00*** |

**EXHBIIT "B"**

**4251 Breckenridge Court**
**Presto, PA 15142**

| ***1st Floor*** | ***Room*** | ***Major Appliances, Furn*** | ***Value*** | ***Electronics*** ***Value*** | ***Collections*** ***Value*** | ***Sports Equip*** ***Value*** |
|---|---|---|---|---|---|---|
| | LR | LR Suite | $ 2,000.00 | | | |
| | | Bar Stools(3) | $ 150.00 | | | |
| | | Stereo | | $ 250.00 | | |
| | Kitchen | Ref | $ 750.00 | | | |
| | | Oven/ ST | $ 250.00 | | | |
| | | DW | $ 250.00 | | | |
| | | Kitchenware | $ 500.00 | | | |
| | | MW | $ 100.00 | | | |
| | | Table / CH | $ 250.00 | | | |
| | | Wine | | | $ 500.00 | |
| | | TV | | $ 150.00 | | |
| | Office | Scanner | | $ 100.00 | | |
| | | Office Furn | $ 750.00 | | | |
| | | Prints | | | $ 400.00 | |
| | | Computer | | $ 200.00 | | |
| | DR | DR Set | $ 1,000.00 | | | |
| | | China | $ 250.00 | | | |
| | Garage | Golf Cart | | | | $ 1,500.00 |
| | | Snow Blower | $ 1,000.00 | | | |
| | RSF | Golf Equip | | | | $ 250.00 |
| | | Cell | | $ 250.00 | | |
| ***Basement*** | | | | | | |
| | Great Room | Furn | $ 500.00 | | | |
| | | TV | $ 100.00 | | | |
| | | KW | $ 100.00 | | | |
| | | Shuffle | | | | $ 1,000.00 |
| | | Jukebox | $ 100.00 | | | |
| | | Prints | | | $ 2,500.00 | |
| | Gym | Equip | | | | $ 1,150.00 |
| | | TV | | $ 100.00 | | |
| | Playroom | Ref/MW | $ 200.00 | | | |
| | | Furn | $ 100.00 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ***2nd Floor*** | | | | | | | | | | |
| | MBR | BR Suite | $ | 500.00 | | | | | | |
| | | Bedding | NV | | | | | | | |
| | | Chairs | $ | 100.00 | | | | | | |
| | | TV | $ | 200.00 | | | | | | |
| | BR 2 - TB | BR Suite | $ | 250.00 | | | | | | |
| | | Bedding | NV | | | | | | | |
| | | Chairs | $ | 100.00 | | | | | | |
| | BR 3 - Beth | BR Suite | $ | 250.00 | | | | | | |
| | | Bedding | NV | | | | | | | |
| | | Chairs | $ | 75.00 | | | | | | |
| | | TV | $ | 75.00 | | | | | | |
| | BR 4 - Par | BR Suite | $ | 250.00 | | | | | | |
| | | Bedding | NV | | | | | | | |
| | | Chairs | $ | 75.00 | | | | | | |
| ***TOTALS:*** | | | ***$*** | ***10,225.00*** | ***$*** | ***1,050.00*** | ***$*** | ***3,400.00*** | ***$*** | ***3,900.00*** |

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

■ Yes. Give specific information.....

| | |
|---|---|
| **Hearing Aids** | **$500.00** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ **$78,275.00**

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes........

| | |
|---|---|
| **Cash** | **$800.00** |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........ Institution name:

| | | Institution name | |
|---|---|---|---|
| 17.1. | **Checking** | **First National Bank x3276** | **$3,253.37** |
| 17.2. | **Checking** | **First National Bank x3119** | **$34,382.20** |
| 17.3. | **Checking** | **First National Bank x0903** | **$13,371.86** |
| 17.4. | **Checking** | **Huntington National Bank x7692** | **$1,488.47** |
| 17.5. | **Checking** | **Fifth Third x4030** | **$147,557.54** |
| 17.6. | **Savings** | **Fifth Third x3389** | **$18,618.19** |
| 17.7. | **Checking** | **Wells Fargo x4359** | **$1,830.33** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes........ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them........

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

| Name of entity: | % of ownership: | |
|---|---|---|
| **Destination One, LLC** | **10%** % | **$800,000.00** |
| **Fastport, LLC** | **30** % | **$150,000.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| **The Kathleen L. Francis Spousal Lifetime Access Trust - the Debtor is a beneficiary under an irrevocable trust** | **Unknown** |
| **Richard S. and Kathleen L. Francis Revocable Trust - Debtor is a beneficiary and joint owner of the assets** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

28. **Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **Fed 2021 ($300,000.00)**<br>**Fed 2025 ($22,933.00)**<br>**State 2025 ($11,699.00)** | **Federal and State** | **$334,632.00** |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes. Give specific information..

| | |
|---|---|
| **Loan to former employee (made jtly by Debtor and spouse)** | **$15,000.00** |
| **Loan to former employee (made by Debtor)** | **$4,000.00** |

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Frontline Insurance**<br>**Homeowners and hurricane**<br>**550 S Barfield Drive**<br>**Marco Island, FL 33415** | | **Unknown** |
| **Wright National Flood Insurance**<br>**550 S Barfield Drive**<br>**Marco Island, FL 33415** | | **Unknown** |
| **Huntington Insurance**<br>**Homeowners**<br>**4251 Breckendridge Court**<br>**Presto, PA 15142** | | **Unknown** |
| **Huntington Insurance**<br>**101 E Crafton Avenue**<br>**Crafton, PA 15205** | | **Unknown** |
| **Progressive Auto**<br>**2026 MB S580**<br>**2026 Lincoln Nav.** | | **Unknown** |

**ACE American**
**Watercraft**
**2023 43' Boston Whaler** **Unknown**

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☐ No
- ■ Yes. Describe each claim.........

**Claim against Huntington National Bank relating to rescission of mortgage with Centennial Bank, return of funds, and failure to provide release of mortgage.** **Unknown**

**Lender liability claim relating to R&R Express Holdco, Inc. and subsidiaries.** **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............ **$1,524,933.96**

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☐ No
- ■ Yes. Give specific information.........

**Nevillewood Country Club (equity interest)** **$25,000.00**

Debtor 1 Richard Stephen Francis | Case number *(if known)* 2:26-bk-02418-FMR

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$25,000.00**

**Part 8:** **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........ | | | **$10,100,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$942,000.00** | | |
| 57. **Part 3: Total personal and household items, line 15** | **$78,275.00** | | |
| 58. **Part 4: Total financial assets, line 36** | **$1,524,933.96** | | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. **Part 7: Total other property not listed, line 54** | + **$25,000.00** | | |
| 62. **Total personal property.** Add lines 56 through 61... | **$2,570,208.96** | Copy personal property total | **$2,570,208.96** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$12,670,208.96** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Stephen Francis** (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **2:26-bk-02418-FMR** |

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **550 S. Barfield Drive Marco Island, FL 34145 Collier County**<br>Line from *Schedule A/B*: **1.1** | **$8,500,000.00** | ■ **$3,200,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| **550 S. Barfield Drive Marco Island, FL 34145 Collier County**<br>Line from *Schedule A/B*: **1.1** | **$8,500,000.00** | ■ **$3,200,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **4251 Breckenridge Court Presto, PA 15142 Allegheny County**<br>Line from *Schedule A/B*: **1.2** | **$1,400,000.00** | ■ **$446,445.26**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **101 E. Crafton Avenue Pittsburgh, PA 15205 Allegheny County**<br>Line from *Schedule A/B*: **1.3** | **$200,000.00** | ■ **$91,137.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **2018 Mercedes Benz 550SL 20,000 miles**<br>Line from *Schedule A/B*: **3.1** | **$35,000.00** | ■ **$35,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

Debtor 1 Richard Stephen Francis Case number (if known) 2:26-bk-02418-FMR

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2023 Boston Whaler 420 R Outrage**<br>Line from *Schedule A/B*: **4.1** | **$900,000.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)**<br>Line from *Schedule A/B*: **6.1** | **$34,825.00** | ■ **$34,825.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)**<br>Line from *Schedule A/B*: **7.1** | **$2,800.00** | ■ **$2,800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **See attached Exhibit "A" (Marco)**<br>**See attached Exhibit "B" (Presto)**<br>Line from *Schedule A/B*: **8.1** | **$24,400.00** | ■ **$24,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Rolex Yachtmaster Watch ($5,000.00)**<br>**Breitling ($1,000.00)**<br>Line from *Schedule A/B*: **12.1** | **$6,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | **$800.00** | ■ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: First National Bank**<br>**x3119**<br>Line from *Schedule A/B*: **17.2** | **$34,382.20** | ■ **$34,382.20**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: Fifth Third**<br>**x4030**<br>Line from *Schedule A/B*: **17.5** | **$147,557.54** | ■ **$147,557.54**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Savings: Fifth Third**<br>**x3389**<br>Line from *Schedule A/B*: **17.6** | **$18,618.19** | ■ **$18,618.19**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Checking: Wells Fargo**<br>**x4359**<br>Line from *Schedule A/B*: **17.7** | **$1,830.33** | ■ **$1,830.33**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Destination One, LLC**<br>**10%**<br>Line from *Schedule A/B*: **19.1** | **$800,000.00** | ■ **$800,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

Debtor 1 **Richard Stephen Francis** Case number (if known) **2:26-bk-02418-FMR**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Fastport, LLC**<br>**30 % ownership**<br>Line from *Schedule A/B*: **19.2** | **$150,000.00** | ■ **$150,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Richard S. and Kathleen L. Francis Revocable Trust**<br>**- Debtor is a beneficiary and joint owner of the assets**<br>Line from *Schedule A/B*: **25.2** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Federal and State: Fed 2021 ($300,000.00)**<br>**Fed 2025 ($22,933.00)**<br>**State 2025 ($11,699.00)**<br>Line from *Schedule A/B*: **28.1** | **$334,632.00** | ■ **$334,632.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Loan to former employee**<br>**(made jtly by Debtor and spouse)**<br>Line from *Schedule A/B*: **30.1** | **$15,000.00** | ■ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Claim against Huntington National Bank relating to rescission of mortgage with Centennial Bank, return of funds, and failure to provide release of mortgage.**<br>Line from *Schedule A/B*: **33.1** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Nevillewood Country Club**<br>**(equity interest)**<br>Line from *Schedule A/B*: **53.1** | **$25,000.00** | ■ **$25,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

■ No

☐ Yes

**Fill in this information to identify your case:**

Debtor 1: **Richard Stephen Francis**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **2:26-bk-02418-FMR**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2.1 The Huntington National Bank** — Describe the property that secures the claim: | **$5,300,000.00** | **$8,500,000.00** | **$0.00** |

Creditor's Name: **The Huntington National Bank**

**c/o John D. Emmanuel, Esq.**
**Buchanan Ingersoll & Rooney PC**
**401 E Jackson Street, Suite 2400**
**Tampa, FL 33602**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **550 S. Barfield Drive Marco Island, FL 34145 Collier County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred** ____________

**Last 4 digits of account number** ____________

Debtor 1 **Richard Stephen Francis** (First Name / Middle Name / Last Name) — Case number (if known) **2:26-bk-02418-FMR**

---

**2.2 The Huntington National Bank**
Creditor's Name

**PO Box 182232**
**Columbus, OH 43218**
Number, Street, City, State & Zip Code

Describe the property that secures the claim: **2023 Boston Whaler 420 R Outrage**

| | | |
|---|---|---|
| **$901,415.16** | **$900,000.00** | **$1,415.16** |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** ____ **Last 4 digits of account number** **2612**

---

**2.3 The Huntington National Bank**
Creditor's Name

**PO Box 1558**
**Columbus, OH 43216**
Number, Street, City, State & Zip Code

Describe the property that secures the claim: **4251 Breckenridge Court Presto, PA 15142 Allegheny County**

| | | |
|---|---|---|
| **$732,362.00** | **$1,400,000.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Second Mortgage**

**Date debt was incurred** ____ **Last 4 digits of account number** ____

---

**2.4 WFBNA Home Lending**
Creditor's Name

**PO Box 10335**
**Des Moines, IA 50306**
Number, Street, City, State & Zip Code

Describe the property that secures the claim: **4251 Breckenridge Court Presto, PA 15142 Allegheny County**

| | | |
|---|---|---|
| **$221,192.74** | **$1,400,000.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred** ____ **Last 4 digits of account number** **3856**

---

Debtor 1 **Richard Stephen Francis** Case number (if known) **2:26-bk-02418-FMR**

First Name Middle Name Last Name

| 2.5 **WFBNA Home Lending** | Describe the property that secures the claim: | $108,863.00 | $200,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**101 E Crafton Avenue**
**Pittsburgh, PA 15205**

**PO Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred** ______ **Last 4 digits of account number** 5344

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$7,263,832.90** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$7,263,832.90** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

Debtor 1: **Richard Stephen Francis**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **2:26-bk-02418-FMR**

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **AAEGX Freight Grp., LLC**
Nonpriority Creditor's Name
**c/o Michael P. Williams, PA**
**12620 Beach Blvd.**
**Suite 3-411**
**Jacksonville, FL 32224**
Number Street City State Zip Code

**Last 4 digits of account number** ____ **Unknown**

**When was the debt incurred?** ____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify ____

Debtor 1 **Richard Stephen Francis** Case number (if known) **2:26-bk-02418-FMR**

4.2 **Great American Bond Co.**
Nonpriority Creditor's Name
**c/o Phoenix Mmgt. Solutions**
**10000 N 31st Avenue**
**Suite C309**
**Phoenix, AZ 85051**
Number Street City State Zip Code

Last 4 digits of account number

**$47,000.00**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty**

---

4.3 **Huntington National Bank**
Nonpriority Creditor's Name
**Administrative Agent**
**c/o John D. Emmanuel, Esq.**
**401 E Jackson Street, Suite**
**Tampa, FL 33602**
Number Street City State Zip Code

Last 4 digits of account number

**Unknown**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

4.4 **Nelson Mullins et al.**
Nonpriority Creditor's Name
**100 SE 2nd Avenue**
**Suite 2700**
**Fort Lauderdale, FL 33394**
Number Street City State Zip Code

Last 4 digits of account number

**$150,773.85**

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Legal Services**

Debtor 1 **Richard Stephen Francis** Case number (if known) **2:26-bk-02418-FMR**

**4.5** **RXO Managed Transport, LLC**
Nonpriority Creditor's Name
**11215 N. Community House Rd**
**Charlotte, NC 28277**
Number Street City State Zip Code

**Last 4 digits of account number** **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty**

---

**4.6** **Varilease Finance, Inc.**
Nonpriority Creditor's Name
**c/o Jay L. Welford, Esq.**
**Taft Stettinius & Hollister, LLP**
**27777 Franklin Road, Suite 2500**
**Southfield, MI 48034-3000**
Number Street City State Zip Code

**Last 4 digits of account number** **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty**

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | **Total Claim** |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |

Debtor 1 **Richard Stephen Francis** Case number (if known) **2:26-bk-02418-FMR**

| | | | |
|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **197,773.85** |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **197,773.85** |

**Fill in this information to identify your case:**

Debtor 1 **Richard Stephen Francis**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number **2:26-bk-02418-FMR**
(if known)

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Lincoln Automotive Financial**<br>**PO Box 35910**<br>**Cleveland, OH 44135** | **Vehicle Lease**<br>**2026 Lincoln Navigator**<br>**$2,380.00 per month** |
| 2.2 | **Merecedes Benz Financial**<br>**PO Box 961**<br>**Roanoke, TX 76262** | **Vehicle Lease**<br>**2026 MB S580**<br>**$2,604.00 per month** |
| 2.3 | **R&R Express Properties, LLC**<br>**550 S Barfield Drive**<br>**Marco Island, FL 34145** | **99-year lease of real property located at:**<br>**550 S. Barfield Drive**<br>**Marco Island, FL 34145**<br>**$16,667.67 per month plus expenses.** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Richard Stephen Francis<br>First Name Middle Name Last Name |
| Debtor 2<br>(Spouse if, filing) | First Name Middle Name Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number<br>(if known) | 2:26-bk-02418-FMR |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Kathleen L. Francis<br>550 S. Barfield Drive<br>Marco Island, FL 34145** | ■ Schedule D, line **2.1**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**The Huntington National Bank** |
| 3.2 | **Kathleen L. Francis<br>550 S Barfield Drive<br>Marco Island, FL 34145** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.3**<br>☐ Schedule G ____<br>**Huntington National Bank** |
| 3.3 | **Kathleen L. Francis<br>550 S Barfield Drive<br>Marco Island, FL 34145** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.4**<br>☐ Schedule G ____<br>**Nelson Mullins et al.** |

Debtor 1 **Richard Stephen Francis** Case number *(if known)* **2:26-bk-02418-FMR**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **R&R Express Holdco, Inc.**<br>**100 Commerce Drive**<br>**Pittsburgh, PA 15275** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.1**<br>☐ Schedule G _____<br>**AAEGX Freight Grp., LLC** |
| 3.5 **R&R Express Holdco, Inc.***<br>**100 Commerce Drive**<br>**Pittsburgh, PA 15275**<br>*** and related subsidiaries** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.6**<br>☐ Schedule G _____<br>**Varilease Finance, Inc.** |
| 3.6 **R&R Express Properties, LLC**<br>**100 Commerce Drive**<br>**Pittsburgh, PA 15275** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.3**<br>☐ Schedule G _____<br>**Huntington National Bank** |
| 3.7 **R&R Express, Inc.**<br>**100 Commerce Drive**<br>**Pittsburgh, PA 15275** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**RXO Managed Transport, LLC** |
| 3.8 **R&R Express, Inc.**<br>**100 Commerce Drive**<br>**Pittsburgh, PA 15275** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.2**<br>☐ Schedule G _____<br>**Great American Bond Co.** |
| 3.9 **Kathleen L. Francis**<br>**550 S Barfield Drive**<br>**Marco Island, FL 34145** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.1**<br>**Lincoln Automotive Financial** |
| 3.10 **Kathleen L. Francis**<br>**550 S. Barfield Drive**<br>**Marco Island, FL 34145** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.3**<br>**R&R Express Properties, LLC** |

**Fill in this information to identify your case:**

Debtor 1 **Richard Stephen Francis**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number **2:26-bk-02418-FMR**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Commissioned Sales** | **Clerk** |
| Employer's name | **Giant Logistics, LLC** | **Giant Logistics, LLC** |
| Employer's address | **681 Andersen Drive<br>Suite 205<br>Pittsburgh, PA 15220** | **681 Andersen Drive<br>Suite 205<br>Pittsburgh, PA 15220** |
| How long employed there? | **2 months** | **2 months** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **37,077.54** | $ **2,000.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **37,077.54** | $ **2,000.00** |

Debtor 1 **Richard Stephen Francis** Case number (*if known*) **2:26-bk-02418-FMR**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 37,077.54 | $ 2,000.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 37,077.54 | $ 2,000.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 3,674.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,674.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 40,751.54 + $ 2,000.00 = $ 42,751.54

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies 12. $ 42,751.54

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Giant Logistics, LLC is expected to grow. Therefore, the Debtor's commissions will increase. The Debtor anticipates an increase of approximately $22,000.00 within 6 months and by $40,000.00 within one year.**

**Fill in this information to identify your case:**

Debtor 1 **Richard Stephen Francis**

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (If known) **2:26-bk-02418-FMR**

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: ______ MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **20,968.88** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **6,000.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **3,500.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **2,116.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **25.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **3,730.00** |

Debtor 1 Richard Stephen Francis | Case number (if known) 2:26-bk-02418-FMR

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 2,588.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 914.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 1,868.00 |
| | 6d. Other. Specify: Electric (Crafton) | 6d. $ | 560.73 |
| | Electrict (Presto) | $ | 648.01 |
| | Gas (Presto) | $ | 400.00 |
| | Gas (Marco Island) | $ | 728.72 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 250.00 |
| 11. | **Medical and dental expenses** | 11. $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 2,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 1,000.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 433.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 344.00 |
| | 15c. Vehicle insurance | 15c. $ | 500.00 |
| | 15d. Other insurance. Specify: Boat insurance | 15d. $ | 1,612.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 2,604.48 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 1,054.98 |
| | 17c. Other. Specify: Vehicle (Navigator) | 17c. $ | 2,380.00 |
| | 17d. Other. Specify: Boat (Boston Whaler) | 17d. $ | 7,307.65 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 65,283.45 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 65,283.45 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 42,751.54 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 65,283.45 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -22,531.91 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Richard Stephen Francis | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 2:26-bk-02418-FMR | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $335,857.22 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1 Richard Stephen Francis Case number (*if known*) 2:26-bk-02418-FMR

| | Debtor 1 Sources of income Check all that apply. | Debtor 1 Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year: (January 1 to December 31, 2025 )** | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $111,145.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that: (January 1 to December 31, 2024 )** | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $3,176,309.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Debtor 1 Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $33,066.00 | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.
■ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1 Richard Stephen Francis Case number (*if known*) 2:26-bk-02418-FMR

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| See attached Exhibit "C" | | $0.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Varilease Finance, Inc. et al.<br>v.<br>Richard S. Francis, et al.<br>2026-222544-CB** | **Guaranty** | **Circuit Court/County of Oakland, MI** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br>**Stayed** |
| **The Huntington National Bank, as lender, and<br>as Administrative Agent<br>v.<br>Richard S. Francis et al.<br>3036-CA-000170-0001-01** | **Fraudulent Transfer** | **Collier County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br>**Stayed** |

**EXHBIIT "C"**

Huntington National Bank
PO Box 182232
Columbus, OH 43218
Boat

| | |
|---|---|
| July 2026 | $7,307.65 |
| August 2026 | $7,307.65 |

Huntington National Bank
PO Box 2558
Columbus, OH 43216
Presto

| | |
|---|---|
| July 2026 | $4,396.38 |
| August 2026 | $3,996.90 |
| September 2026 | $4,130.12 |

Nelson Mullins
100 SE 2nd Avenue
Suite 2700
Fort Lauderdale, FL 33394

| | |
|---|---|
| August 2026 | $44,000.00 |

WFBNA Home Lending
PO Box 10335
Des Moines, IA 50306
Presto

| | |
|---|---|
| June 2026 | $4,903.19 |
| July 2026 | $9,806.39 |
| August 2026 | $9,806.39 |
| September 2026 | $9,806.39 |

WFBNA Home Lending
PO Box 10335
Des Moines, IA 50306
Crafton

| | |
|---|---|
| July 2026 | $4,743.77 |
| August 2026 | $3,162.51 |
| September 2026 | $1,581.25 |

Ship Tronics
4084 Arnold Avenue
#6
Naples, FL 34104

| | |
|---|---|
| July 2026 | $30,321.00 * |

* the Debtor was reimbursed for this amount by Chubb Insurance

Southwest Chase
PO Box 6294
Carol Stream, IL 60197-6294

| | |
|---|---|
| July 2026 | $60,000.00 |
| August 2026 | $43,740.16 |

Debtor 1 Richard Stephen Francis Case number (*if known*) 2:26-bk-02418-FMR

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| AAGEX Freight Group, LLC<br>v.<br>R&R Express Holdco, LLC<br>Richard S. Francis<br>2026-CA-002695 | Civil | Circ Court (4th Jud Cir.), Duval Cty, FL | ■ Pending<br>☐ On appeal<br>☐ Concluded<br>Stayed |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☐ No
■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Centennial Bank | When the bank rescinded the mortgage, the bank froze a checking account, with $250,000.00 on deposit, and a mortgage escrow in the amount of $30,000.00. Upon resolution, the bank released $240,000.00, total.<br>Last 4 digits of account number: _____ | | $40,000.00 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Grandchildren (14).<br>Person's relationship to you: | Debtor and spouse gifted approximately $600.00 per year worth of silver to each grandchild in 2024 and 2025 (not in 2026). | Annually on birthday and Christmas holiday. | $10,500.00 |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Kulture City | | 2025 | $6,000.00 |
| XEL Foundation | | 2024-2026 | $92,000.00 |
| San Marco Church | | 2024-2026 | $5,350.00 |
| St. Barbara | | 2024-2026 | $5,350.00 |
| Ascension Parish | | 2024-2026 | $2,350.00 |
| Tunnel to Towers | | 2024-2026 | $698.50 |
| ASCPA | | 2024-2026 | $772.00 |
| SARRC | | 2024-2026 | $7,488.00 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| See attached Exhibit "D" | The amount of $43,793.00 equals invoice payments. | | $43,793.00 |

**EXHBIIT “D”**

Seese, P.A.
101 NE 3rd Avenue Suite
1500
Ft. Lauderdale, FL 33301

| ***Date*** | ***Amount*** | ***Purpose*** | ***Payor*** |
|---|---|---|---|
| 5-21-26 | $7,500.00 | Trust Deposit | Debtor |
| 6-1-26 | $7,500.00 | Invoice Payment | From Trust |
| 6-15-26 | $6,410.00 | Invoice Payment | Debtor |
| 7-10-26 | $7,670.00 | Invoice Payment | Debtor |
| 7-28-26 | $25,000.00 | Trust Deposit | Giant Logistics, LLC |
| 8-28-26 | $30,000.00 | Trust Deposit | Debtor |
| 8-18-26 | $20,000.00 | Trust Deposit | Debtor |
| 8-24-26 | $4,680.00 | Invoice Payment | From Trust |
| 9-3-26 | $1,625.00 | Invoice Payment | From Trust |
| 9-18-26 | $20,000.00 | Trust Deposit | Debtor |
| 9-22-26 | $15,908.00 | Invoice Payment | From Trust |

Seese, P.A. holds a Chapter 11 retainer in the amount of **$72,787.00.**

Debtor 1 Richard Stephen Francis Case number (*if known*) 2:26-bk-02418-FMR

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Benchmark Wine Group<br>445 Devlin Road<br>Napa, CA 94558 | Wine Collection<br>(joint asset) | $163,000.00 | March 2026 |
| Jeff Bassenger | 1961 Corvette | $160,000.00<br>(debt owed was $148,000.00) | March 2026 |
| Joe Garner, Jr. | Timeshare interests (6)<br>(joint asset) | $60,000.00 | May 2026 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1 Richard Stephen Francis Case number (*if known*) 2:26-bk-02418-FMR

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| R&R Express Holdco, Inc. | Transportation and Logistics | EIN: 84-2172663<br>From-To |
| Fastport, LLC | Repatriates veterans into civilian workforce | EIN: 47-5478842<br>From-To |
| ViVino Selections, Inc. | Wine importing | EIN: 46-0995789<br>From-To |
| Destination One, LLC | Owns a yacht in construction | EIN: 88-2577594<br>From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Centennial National Bank | November 2025 |
| Wells Fargo | October 2025 |
| Citizens Bank | August 2025 |
| First National Bank | August 2025<br>August 2024 |
| Huntington National Bank | Monthly |
| Varilease Finance, Inc. | June 2025 |

Debtor 1 Richard Stephen Francis    Case number (if known) 2:26-bk-02418-FMR

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Richard Stephen Francis
Richard Stephen Francis
Signature of Debtor 1

Signature of Debtor 2

Date October 13, 2026    Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).