**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RICHARD STEPHEN FRANCIS, | ) | Case No. 2:26-bk-02418-FMR |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Michael E. Demont of the law firm of Smith Hulsey & Busey appears as counsel for creditors, AAGEX Freight Group, LLC ("AAGEX") , AGX Freight Carriers, LLC ("AGX Carriers"), AGX Freight Intermodal, LLC ("AGX Intermodal"), AGX Freight Logistics, LLC ("AGX Logistics"), and Michael P. Williams ("Williams"), and requests, pursuant to Rule 2002, Federal Rules of Bankruptcy Procedure, that all motions and other papers to be served on AAGEX, AGX Carriers, AGX Intermodal, AGX Logistics, and/or Williams be furnished to the undersigned counsel.

SMITH HULSEY & BUSEY

By: *   /s/ Michael E. Demont*
Michael E. Demont

Florida Bar Number 364088
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
mdemont@smithhulsey.com

Attorneys for Michael P. Williams

Certificate of Service

I certify that on October 14, 2026, a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to all counsel of record.

*/s/ Michael E. Demont*
Attorney