**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| IN RE:<br><br>RICHARD S. FRANCIS,<br><br>Debtor. | CASE NO. 2:26-bk-02418-FMR<br><br>CHAPTER 11 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion to Extend Time to File Schedules and Statements* [Dkt. No. 28] was served *via* (a) CM/ECF upon all parties entitled to receive electronic notice on the date filed, and (b) United States Mail, First-Class on all parties on the attached service list on October 15, 2026.

*/s/ Michael D. Seese, Esq.*
Michael D. Seese, Esq.
FBN 997323

**Service List**

Mercedes Benz Financial
PO Box 961
Roanoke, TX 76262

Nelson Mullins et al.
100 SE 2nd Avenue
Suite 2700
Ft. Lauderdale, FL 33394

RXO Managed Transport, LLC
11215 N. Community House Road
Charlotte, NC 28277

Huntington National Bank
c/o John D. Emmanuel, Esq.
Buchanon Ingersoll
401 E Jackson Street, Suite 2400
Tampa, FL 33602

Varilease Finance, Inc.
c/o Jay L. Welford, Esq.
Taft Stettinius & Hollister
27777 Franklin Rd., Suite 2500
Southfield, MI 48034-3000

Brandon A. Cook, Esq.
Michael E. Demont, Esq.
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, FL 32202

Tricia Morra
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, NE, Suite 700
Atlanta, GA 30305

Conor J. McLaughlin, Esq.
US Dept. of Justice
Office of US Trustee
110 E Park Avenue, Suite 128
Tallahassee, FL 32301

Attn: Lincoln Auto. Fin. Svcs. Dept.
AIS Portfolio Svcs., LLC
Acct: xxxx5591
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Kathleen Francis
550 S. Barfield Drive
Marco Island, FL 34145

WFBNA Lending
PO Box 10355
Des Moines, IA 50306

Huntington National Bank
PO Box 182232
Columbus, OH 43216

Huntington National Bank
PO Box 1558
Columbus, OH 43216