**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:

RICHARD STEPHEN FRANCIS, CASE NO.: 2:26-bk-02418-FMR

Debtor. CHAPTER 11

_______________________________________/

**NOTICE OF COMPLIANCE WITH SPECIAL ADMISSION**
**TO PRACTICE REQUIREMENTS FILED BY CHRISTOPHER P. SCHUELLER**

NOTICE IS GIVEN THAT:

1. On October 18, 2026, the Court granted Christopher P. Schueller, Esq. of the law firm of Buchanan Ingersoll & Rooney permission to appear pro hac vice in the above captioned case. (Doc. No. 37).

2. On October 20, 2026, the undersigned attests that the $150.00 special admission fee has been paid to the Clerk of the United States District Court for the Middle District of Florida.

Dated: October 20, 2026

Respectfully submitted,

/s/ John D. Emmanuel
John D. Emmanuel, Esq.
Florida Bar No: 0475572
BUCHANAN INGERSOLL & ROONEY PC
SunTrust Financial Centre
401 E. Jackson St., Suite 2400
Tampa, FL 33602
Tel: (813) 222-1162
Fax: (813) 222-8189
john.emmanuel@bipc.com
*Attorney for Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent*

-and-

/s/ *Christopher P. Schueller*
CHRISTOPHER P. SCHUELLER
PA Bar No. 92746
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
christopher.schueller@bipc.com
*Attorney for Creditors THE HUNTINGTON NATIONAL BANK, as lender, and THE HUNTINGTON NATIONAL BANK, as Administrative Agent and Collateral Agent*
Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF on October 20, 2026.

/s/ John D. Emmanuel
John D. Emmanuel, Esq.

4912-4312-5210, v. 1

Generated: Oct 20, 2026 9:06AM



# U.S. District Court

## Florida Middle - Tampa

Receipt Date: Oct 20, 2026 9:06AM

Buchanan Ingersoll & Rooney PC

Rcpt. No: 75068 Trans. Date: Oct 20, 2026 9:06AM Cashier ID: #KC (7585)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DFLM999PV000001 /001<br>Pro Hac Vice | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Paper Check | #40077 | 10/19/2026 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 2:26-bk-2418-FMR

The fee or debt is not officially paid or discharged until the bank clears the check, money order, or verifies the credit. A $53 fee will be charged for a returned payment.