UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Richard Stephen Francis, Case No. 2:26-bk-02418-FMR

Debtor. Chapter 11

____________________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Jay L. Welford of Taft Stettinius & Hollister LLP, appears, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C. § 1109(b), as counsel to Creditors, Varilease Finance, Inc., and VFI KR SPE I, LLC (collectively, "the Creditors").

PLEASE TAKE FURTHER NOTICE that the Creditors request, pursuant to Fed. R. Bankr. P. 2002 and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number, facsimile number, and email address indicated:

Jay L. Welford, Esq.
Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
Email: jwelford@taftlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), this demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the

foregoing and any other document filed with, or otherwise brought before this Court with respect to the above-referenced bankruptcy proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that the Creditors intend that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive: (i) the Creditors' right to have final orders in non-core and certain core matters entered only after de novo review by a District Court Judge; (ii) the Creditors' right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy proceedings; (iii) the Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to the Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditors reserve.

**Taft Stettinius & Hollister LLP**

By: /s/ Tracy Segal Foust__________
Tracy Segal Foust FBN 0520713
1000 SE Monterey Commons Blvd., Suite 306
Stuart, FL 34996
Telephone: (772) 221-7757
tfoust@taftlaw.com
jwelford@taftlaw.com
*Counsel to Creditors, Varilease Finance, Inc. and VFI KR SPE I, LLC*

Dated: October 23, 2026

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing shall be electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service this 23rd day of October, 2026.

*/s/ Jay L. Welford*