UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/21/2026 11:00 AM

COURTROOM Room 4-102

HONORABLE LUIS RIVERA

CASE NUMBER: FILING DATE:

**2:26-bk-02418-FMR** **11** **09/22/2026**

**Chapter 11**

**DEBTOR:** Richard Francis

**DEBTOR ATTY:** **Michael Seese**

**TRUSTEE:** **NA**

**HEARING:**

Initial Status Conference in Non Subchapter V case
- Chapter 11 Case Management Summary Filed by Michael D Seese on behalf of Debtor Richard Stephen Francis. (Seese, Michael) Doc #17

**APPEARANCES:**: Debtor, Michael Seese, Conor McLaughlin, Christpher Schueller, Michael Demont

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Initial Status Conference in Non Subchapter V case - Concluded, no further action

- Chapter 11 Case Management Summary Filed by Michael D Seese on behalf of Debtor Richard Stephen Francis. (Seese, Michael) Doc #17

**Enter order establishing deadline to file plan and disclosure statement by 12/21/2026 O/Case Manager**
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.