UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

Richard Stephen Francis, Case No. 2:26-bk-02418-FMR

Debtor. Chapter 11

_____________________________________/

**MOTION FOR ADMISSION PRO HAC VICE**
**AND WRITTEN DESIGATION AND CONSENT TO ACT**

Pursuant to M.D. Fla. Local Rule 2.01(c), and Local Bankruptcy Rule 2090, Kimberly Ross Clayson, Esquire ("Movant") of the law firm Taft Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500, Southfield, Michigan 48034, respectfully moves for special admission *pro hac vice* for purposes of appearance as counsel in this case for Varilease Finance, Inc. and VFI KR SPE I, LLC ("Creditors") who are creditors of the Debtor, and state as follows in support thereof:

1. Movant is neither a Florida resident nor a member of the Florida Bar.

2. Movant is a member of at least one United States District Court, namely the United States Districts Courts for the Eastern and Western Districts of Michigan, respectively, is a member in good standing of the State Bar of Michigan and thereby admitted to practice before all of the courts of the State of Michigan.

3. Movant has not abused the privilege of special admission by maintaining a regular law practice in Florida. Movant has appeared in two prior Federal Court Proceedings: *In re: Great Southern Copackers LLC,* Case No. 8:26-bk-07442-LER, and *In re: Robert Scott Super,* Case No. 8:26-bk-03006-CPM.

4. Movant is familiar with, and will be governed by the Federal Rules of Civil Procedure, the Local Rules of this Court and the Local Bankruptcy Rules. Movant is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess of costs, expenses, and attorney's fees reasonably incurred because of such conduct.

*See* 28 U.S.C. § 1927.

5. To Movant's knowledge, there are no disciplinary or suspension proceedings pending against him in any Court of the United States, or any State, Territory, or Possession of the United States.

6. Pursuant to M.D. Fla. Local Rule 2.01(c) and Local Bankruptcy Rule 2090, Movant will comply with the fee and e-mail registration requirements of M.D. Fla. Local Rule 2.01(b).

7. Movant will register with the Court's CM/ECF system.

8. Movant affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain

> the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

9. The attorney admitted to practice in this District and who has consented to act as local counsel in this proceeding is:

Tracy Segal Foust, Florida Bar No. 0520713
Taft, Stettinius & Hollister LLP
1000 SE Monterey Commons Blvd. Suite 306
Stuart, FL 34996
Phone: (772) 221-7757
Facsimile: (772) 781-6886
Email: tfoust@taftlaw.com

WHEREFORE, Kimberly Ross Clayson, Esquire respectfully requests that this Court enter an Order authorizing and granting him special admission to appear *pro hac vice* and participate in this case as counsel of record for Creditors Varilease Finance, Inc. and VFI KR SPE I, LLC.

Respectfully submitted,

*/s/Tracy Segal Foust*
Tracy Segal Foust
Florida Bar No. 0520713
1000 SE Monterey Commons Blvd.
Suite 306
Stuart, FL 34996
Phone: (772) 221-7757
Facsimile: (772) 781-6886
tfoust@taftlaw.com

and

/s/*Kimberly Ross Clayson*
Kimberly Ross Clayson
*Pro Hac Vice* motion pending
Taft Stettinius & Hollister LLC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
kclayson@taftlaw.com

*Attorneys for Varilease Finance, Inc. and VFI KR SPE I, LLC*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Richard Stephen Francis, Case No. 2:26-bk-02418-FMR

Debtor. Chapter 11

_____________________________________/

**WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

I, TRACY SEGAL FOUST, an attorney qualified to practice in this Court, consent to designation as the local attorney for Kimberly Ross Clayson, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

*/s/ Tracy Segal Foust*

Tracy Segal Foust
Florida Bar No. 0520713
tfoust@taftlaw.com
Taft Stettinius & Hollister, LLP
1000 SE Monterey Commons Blvd., Ste. 306
Stuart, FL 34996
Phone: (772) 221-7757
Fax: (772) 781-6886
*Attorney for Creditors Varilease Finance, Inc. and VFI KR SPE I, LLC*

-and-

*<u>/s/ Kimberly Ross Clayson</u>*

Kimberly Ross Clayson
Michigan Bar No. P69804
kclayson@taftlaw.com
Taft Stettinius & Hollister, LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
*Attorney for Creditors Varilease Finance, Inc. and VFI KR SPE I, LLC*