United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-02418-FMR
Richard Stephen Francis Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-2 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: Dntcdfpp Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Stephen Francis, 550 S. Barfield Drive, Marco Island, FL 34145-5921 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon Cook | on behalf of Creditor Michael P. Williams bcook@smithhulsey.com khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Brandon Cook | on behalf of Creditor AAGEX Freight Group LLC bcook@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Brandon Cook | on behalf of Creditor AGX Freight Intermodal LLC bcook@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Brandon Cook | on behalf of Creditor AGX Freight Carriers LLC bcook@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Brandon Cook | on behalf of Creditor AGX Freight Logistics LLC bcook@smithhulsey.com, |

| | |
|---|---|
| | khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Conor McLaughlin | on behalf of U.S. Trustee United States Trustee - FTM conor.mclaughlin@usdoj.gov |
| John D Emmanuel | on behalf of Creditor The Huntington National Bank john.emmanuel@bipc.com Sabrina.storno@bipc.com;eService@bipc.com |
| John D Emmanuel | on behalf of Creditor John D. THE HUNTINGTON NATIONAL BANK as Administrative Agent and Collateral Agent john.emmanuel@bipc.com, Sabrina.storno@bipc.com;eService@bipc.com |
| Michael D Seese | on behalf of Debtor Richard Stephen Francis mseese@seeselaw.com |
| Michael E Demont | on behalf of Creditor Michael P. Williams mdemont@smithhulsey.com khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Michael E Demont | on behalf of Creditor AGX Freight Intermodal LLC mdemont@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Michael E Demont | on behalf of Creditor AAGEX Freight Group LLC mdemont@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Michael E Demont | on behalf of Creditor AGX Freight Logistics LLC mdemont@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Michael E Demont | on behalf of Creditor AGX Freight Carriers LLC mdemont@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com |
| Timothy P. Palmer | on behalf of Creditor The Huntington National Bank timothy.palmer@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com |
| Tricia A Morra | on behalf of Creditor Wells Fargo Bank N.A. bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| United States Trustee - FTM | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 17

**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No. 2:26–bk–02418–FMR
Chapter 11

Richard Stephen Francis

Debtor* /

NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On September 22, 2026, Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Ft. Myers Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602–3899
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date–stamped and filed on the date the Clerk's Office receives them – not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

The Debtor's Schedules and/or the Debtor's Summary of Assets were filed without a properly signed declaration. Within 14 days from the date of this notice, the Debtor shall file a signed Declaration About an Individual Debtor's Schedules (Form B106 Declaration) or Declaration Under Penalty of Perjury for Non–Individual Debtors (Form B202) containing an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011–4.

FOR THE COURT

Dated: October 15, 2026

Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602−3899

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.