ORDERED.

**Dated: November 06, 2026**



Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| IN RE:<br><br>RICHARD S. FRANCIS,<br><br>Debtor. | CASE NO. 2:26-bk-02418-FMR<br><br>CHAPTER 11 |

**ORDER AUTHORIZING EMPLOYMENT**
**OF SEESE, P.A., AS COUNSEL FOR DEBTOR-IN-POSSESSION,**
**EFFECTIVE SEPTEMBER 22, 2026**

**THIS CAUSE** came before the Court without hearing on the Debtor's *Amended Application for Entry of Order Authorizing Employment of Seese, P.A., as Counsel for Debtor-in-Possession Effective September 22, 2026* [ECF No. 14] (the "**Application**"). In accordance with the Application, the Debtor requests authorization to retain and employ Michael D. Seese, Esq. and the law firm of Seese, P.A. ("**Seese**") as counsel for the Debtor and is supported by the

*Sworn Declaration in Support of Debtor's Amended Application For Entry of Order Authorizing Employment of Seese, P.A. as Counsel for Debtor-in-Possession Effective September 22, 2026* (the "**Declaration**") attached to the Application as Exhibit "A".

The Application was served upon all interested parties with the Local Rule 2002-4 and included the negative notice legend informing the parties of their opportunity to respond within 14 days of service. No party filed a response within the time permitted and, therefore, the Court considers the Application to be unopposed. Accordingly, after having reviewed the Application and the Declaration, it appears to the Court that Mr. Seese and Seese have disclosed any connections with parties in interest in the case as set forth in Fed. R. Bankr. P. 2014 and are "disinterested" within the meaning of 11 U.S.C. §§ 101(14) and 327(a); and it further appearing that the relief requested in the Application is in the best interests of the Debtor's estate, creditors and other parties in interest; and, the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334, and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409, it is

**ORDERED** as follows:

1. The Application is **GRANTED** on a final basis, effective September 22, 2026.

2. The Debtor is authorized to retain and employ Michael D. Seese, Esq. and the law firm of Seese, P.A. as counsel in this Chapter 11 case to represent the Debtor in general bankruptcy matters and any other matters that may arise during the course of the representation in accordance with the terms and conditions set forth in the Application and in accordance with the terms of this Order.

3. Seese shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone No.: (954) 745-5897
mseese@seeselaw.com

Copies to:

Michael D. Seese, Esq., who is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.