**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| IN RE:<br><br>RICHARD S. FRANCIS,<br><br>Debtor. | CASE NO. 2:26-bk-02418-FMR<br><br>CHAPTER 11 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Authorizing Employment of Seese, P.A., as Counsel for Debtor-in-Possession, Effective September 22, 2026* [Dkt. No. 47] was served *via* (a) CM/ECF upon all parties entitled to receive electronic notice on the date filed, and (b) United States Mail, First-Class on all parties on the attached service list (unless served electronically) on November 10, 2026.

*/s/ Michael D. Seese, Esq.*
Michael D. Seese, Esq.
FBN 997323

# Mailing Information for Case 2:26-bk-02418-FMR

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kimberly Ross Clayson** kclayson@taftlaw.com, ttorni@taftlaw.com;tstorm@taftlaw.com;det_docket_assist@taftlaw.com
- **Brandon Cook** bcook@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com
- **Michael E Demont** mdemont@smithhulsey.com, khettinger@smithhulsey.com;sperron@smithhulsey.com
- **John D Emmanuel** john.emmanuel@bipc.com, Sabrina.storno@bipc.com;eService@bipc.com
- **Tracy Segal Foust** tfoust@taftlaw.com
- **Conor McLaughlin** conor.mclaughlin@usdoj.gov
- **Tricia A Morra** bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com
- **Timothy P. Palmer** timothy.palmer@bipc.com, donna.curcio@bipc.com;joseph.roadarmel@bipc.com
- **Christopher P Schueller** christopher.schueller@bipc.com, donna.curcio@bipc.com
- **Michael D Seese** mseese@seeselaw.com
- **United States Trustee - FTM** USTPRegion21.TP.ECF@USDOJ.GOV
- **Jay L. Welford** jwelford@taftlaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lincoln Automotive Financial Services c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

Label Matrix for local noticing
113A-2
Case 2:26-bk-02418-FMR
Middle District of Florida
Ft. Myers
Tue Nov 10 16:26:28 EST 2026

AAGEX Freight Group, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Dr, Suite 3300
Jacksonville, FL 32202-4494

AGX Freight Carriers, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Dr, Suite 3300
Jacksonville, FL 32202-4494

AGX Freight Intermodal, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Dr, Suite 3300
Jacksonville, FL 32202-4494

AGX Freight Logistics, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Dr, Suite 3300
Jacksonville, FL 32202-4494

Lincoln Automotive Financial Services c/o AI
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

The Huntington National Bank
c/o John D. Emmanuel, Esq.
401 E. Jackson St., Suite 2400
Tampa, FL 33602-5236

Wells Fargo Bank, N.A.
Six Piedmont Center 3525 Piedmont Road,
Suite 700
Atlanta, GA 30305 United States

AAGEX Freight Group, LLC
c/o Brandon A. Cook, Esq.
Smith Hulsey & Busey
1 Independent Dr., Suite 3300
Jacksonville, FL 32202-4494

AGX Freight Carriers, LLC
c/o Brandon A. Cook, Esq.
Smith Hulsey & Busey
1 Independent Dr., Suite 3300
Jacksonville, FL 32202-4494

AGX Freight Intermodal, LLC
c/o Brandon A. Cook, Esq.
Smith Hulsey & Busey
1 Independent Dr., Suite 3300
Jacksonville, FL 32202-4494

AGX Freight Logistics, LLC
c/o Brandon A. Cook, Esq.
Smith Hulsey & Busey
1 Independent Dr., Suite 3300
Jacksonville, FL 32202-4494

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kathleen Francis
550 S Barfield Drive
Marco Island, FL 34145-5921

Lincoln Automotive Financial
PO Box 35910
Cleveland, OH 44135-0910

Lincoln Automotive Financial Services
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Mercedes Benz Financial
PO Box 961
Roanoke, TX 76262-0961

Michael P. Williams
c/o Brandon A. Cook, Esq.
Smith Hulsey & Busey
1 Independent Dr., Suite 3300
Jacksonville, FL 32202-4494

Michael P. Williams
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

Nelson Mullins et al.
100 SE 2nd Avenue
Suite 2700
Ft. Lauderdale, FL 33394

(p)RXO
11215 N COMMUNITY HOUSE RD
CHARLOTTE NC 28277-0817

THE HUNTINGTON NATIONAL BANK, as Administrat
c/o John D. Emmanuel, Esq.
401 E. Jackson St., Suite 2400
Tampa, FL 33602-5236

The Huntington National Bank
PO Box 1558
Columbus, OH 43216-1558

The Huntington National Bank
PO Box 182232
Columbus, OH 43218-2232

The Huntington National Bank
c/o John D. Emmanuel, Esq.
Buchanon Ingersoll & Rooney PC
401 E Jackson Street, Suite 2400
Tampa, FL 33602-5236

United States Trustee - FTM
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602-3949

Varilease Finance, Inc.
c/o Jay L. Welford, Esq.
Taft Stettinius & Hollister, LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8222

WFBNA Home Lending
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-1629

Wells Fargo Bank, N.A.
c/o Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

John D. THE HUNTINGTON NATIONAL BANK, as Adm
c/o John D. Emmanuel, Esq.
401 E. Jackson St., Suite 2400
Tampa, FL 33602-5236

Michael D Seese
Seese, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301-1181

Richard Stephen Francis
550 S. Barfield Drive
Marco Island, FL 34145-5921

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

RXO Managed Transport, LLC
11215 N. Community House Rd.
Charlotte, NC 28277

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)VFI KR SPE I, LLC

(u)Varilease Finance, Inc.

(d)AAGEX Freight Group, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

(d)AGX Freight Carriers, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

(d)AGX Freight Intermodal, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

(d)AGX Freight Logistics, LLC
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

(d)Lincoln Automotive Financial Services c/o
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)The Huntington National Bank
c/o John D. Emmanuel, Esq.
401 E. Jackson St., Suite 2400
Tampa, FL 33602-5236

(d)Varilease Finance, Inc.
c/o Jay L. Welford, Esq.
Taft Stettinius & Hollister, LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034-8222

(d)Michael P. Williams
c/o Michael E. Demont, Esq.
Smith Hulsey & Busey
1 Independent Dr, Suite 3300
Jacksonville, FL 32202-4494

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 33 |
| Bypassed recipients | 10 |
| Total | 43 |