First National Bank

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

RICHARD FRANCIS
KATHLEEN L FRANCIS
550 S BARFIELD DR
MARCO ISLAND FL 34145-5921

## Statement Ending 10/06/2026

*RICHARD FRANCIS* **Page 1 of 2**

**Primary Account Number: [redacted]3119**

### Managing Your Accounts

| | |
|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| PREMIERSTYLE CHECKING | [redacted]3119 | $25,382.50 |

## PREMIERSTYLE CHECKING - [redacted]3119

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/05/2026** | **Balance Last Statement** | **$34,382.20** |
| | 1 Credit(s) This Period | $0.30 |
| | 1 Debit(s) This Period | $9,000.00 |
| **10/06/2026** | **Balance This Statement** | **$25,382.50** |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.01% |
| Interest Days | 32 |
| Interest Earned | $0.30 |
| Interest Paid This Period | $0.30 |
| Interest Paid Year-to-Date | $3.13 |
| Average Available Balance | $33,819.70 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **09/05/2026** | **Balance Last Statement** | | | **$34,382.20** |
| 10/05/2026 | 526456 INTERNET XFER TO FREESTYLE XXXXXX4203 ON 10/04/26 AT 19:05 | $9,000.00 | | $25,382.20 |
| 10/06/2026 | INTEREST | | $0.30 | $25,382.50 |
| **10/06/2026** | **Balance This Statement** | | | **$25,382.50** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 10/05/2026 | $25,382.20 | 10/06/2026 | $25,382.50 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

# RECONCILEMENT OF YOUR CHECKING/SAVINGS ACCOUNT

*The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.*

| CHECKS AND WITHDRAWALS OUTSTANDING | | |
|---|---|---|
| Date or Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Checks Outstanding | | |

TO VERIFY YOUR CHECKBOOK BALANCE FOLLOW THESE SIMPLE STEPS:

1. COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook.
2. COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid.
3. LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.
4. ENTER into your checkbook and adjust the balance by adding interest credited, pre-authorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.
5. ENTER into your checkbook and adjust the balance by subtracting service fees, pre-authorized payments or other debit (-) transactions shown on the front of this statement which are not in your checkbook.
6. ENTER "Current Statement Balance" from the front of this statement. $ ______________
7. ADD deposits made after "Period Ending Date" of this statement.
   (+) ______________
   (+) ______________
   (+) ______________
   (+) ______________
   (+) ______________
   (+) ______________
   TOTAL $ ______________
8. SUBTRACT checks and withdrawals outstanding. (-) $ ______________

Your checkbook should show this balance. ................................ $ ______________

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS (EFT) ON YOUR CONSUMER ACCOUNT:

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-555-5455 or write to us at the address shown on your statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A Consumer Account is a deposit account which is used primarily for personal, family or household purposes.

## HOW TO CONFIRM PRE-AUTHORIZED DEPOSITS:

If you arranged to have direct deposits made to your Consumer Account at least once every 60 days from the same person or company, you can call us at 1-800-555-5455 to find out whether the deposit was made.