**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

**Private Client Group**
**Private Client Account**

RICHARD S FRANCIS
RICHARD FRANCIS
4251 BRECKENRIDGE CT
PRESTO PA 15142-1121

*Have a Question or Concern?*

Please Contact Your
Private Banker,

Stephen Bohach at:
1-740-338-3607

www.huntington.com

## *Huntington Relationship Summary*

Statement Period from 09/10/26 to 10/08/26

## *Deposit Accounts*

| Account Type | Number | Date | Balance |
|---|---|---|---|
| Private Client Account | -------7692 | 10/08 | 1,488.53 |
| | **Total Balance** | | **$1,488.53** |

## *Loans And Leases*

| Account Type | Number | Date | Balance |
|---|---|---|---|
| Commercial Loan | -------5261 | 10/08 | 898,892.42 |
| | **Total Balance** | | **$898,892.42** |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

**Private Client Group**
**Private Client Account**

## *Private Client Account* — *Account: -------7692*

Statement Activity From:
09/10/26 to 10/08/26

| | |
|---|---|
| **Beginning Balance** | **$1,488.47** |
| Credits (+) | 0.00 |
| Debits (-) | 0.00 |
| Interest Paid (+) | 0.06 |
| **Ending Balance** | **$1,488.53** |

*Interest earned this statement period $0.06**

*(*) This amount represents interest accrued on your account during this statement period. Interest is available for withdrawal when paid to your account.*

*Annual Percentage Yield Earned this statement period 0.05%*

## *Deposit / Credit Activity (+)* — *Account: -------7692*

| Date | Description | Amount |
|---|---|---|
| 10/08 | INTEREST PAYMENT | 0.06 |

## *Private Client Account Balance Activity* — *Account: -------7692*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/09 | 1,488.47 | 10/08 | 1,488.53 | | |

Huntington

**In the Event of Errors or Questions Concerning Electronic Fund Transfers**

Contacting Us About Errors and Questions

Reporting: How, When, Where and What:

- Call us or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transaction. You may call our toll-free number, 1-800-480-BANK (2265), or write to The Huntington National Bank, EA4W61 P.O. Box 1558, Columbus, Ohio 43216
- We must hear from you no later than 60 days after we sent (or made available) the FIRST statement on which the problem or error appeared. Please provide the following information:
  - Your name and account number (if any).
  - A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  - The dollar amount of the suspected error.

Our Investigation:

- **Timing:** We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly.
- **Provisional (i.e.Temporary) Credits:** If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days; we are not required to provisionally credit your Account.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning and Tools section, by calling your Private Banker, or at your local branch.

## *Other Huntington Accounts*

| | | |
|---|---|---|
| Balance as of:<br>10/08/26<br>**Account: - - - - - - - 2612** | **COMMERCIAL LOAN**** | |
| | **Balance** | **$898,892.42** |

*(**) Your current balance may be different.*