FIFTH THIRD
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 9/5/2026 - 10/5/2026
Account Type: 5/3 PREFERRED CKG
Account Number: 7432414030

Banking Center: Marco Island
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

RICHARD S FRANCIS
KATHLEEN L FRANCIS
550 S BARFIELD DR
MARCO ISLAND FL 34145

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Relationship Summary of Deposit Accounts

| Account Number | Primary Owner | Product Name | Ending Balance |
|---|---|---|---|
| [redacted]4030 | RICHARD S FRANCIS | 5/3 PREFERRED CKG | 221,840.73 |
| 3389 | RICHARD S FRANCIS | 53 MOMENTUM SAVINGS | 20,088.39 |
| **Total** | | | **$241,929.12** |

## Account Summary - [redacted]4030

| | | | | |
|---|---|---|---|---|
| **09/05** | **Beginning Balance** | **$223,824.44** | Interest Earned | $1.88 |
| 2 | Checks | $(1,167.00) | Number of Days in Period | 31 |
| 33 | Withdrawals / Debits | $(103,006.33) | Annual Percentage Yield Earned | 0.01% |
| 22 | Deposits / Credits | $102,189.62 | Interest Earned YTD | $12.23 |
| **10/05** | **Ending Balance** | **$221,840.73** | | |

**Monthly service charge to be withdrawn on first business day after this statement:** **$0.00**
The monthly service charge associated with your 5/3 PREFERRED CKG account is $25.00
Your monthly service charge was WAIVED or DISCOUNTED $25.00 because:
BALANCE CRITERIA MET

## Checks

**2 checks totaling $1,167.00**

* Indicates gap in check sequence i = Electronic Image s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 4217 i | 09/30 | 600.00 | 4221*i | 09/21 | 567.00 |

## Withdrawals / Debits

**33 items totaling $103,006.33**

| Date | Amount | Description |
|---|---|---|
| 09/08 | 343.91 | Unitedhealthcare Premium 896149135347 090826 |
| 09/08 | 4,903.19 | WEB INITIATED PAYMENT AT WF HOME MTG AUTO PAY 0503503856 090826 |
| 09/08 | 2,601.43 | 5/3 ONLINE PYMT TO MERCEDES B- ACCT XXXXXXXXX0001 |
| 09/10 | 1,221.50 | THE CLUB AT NEVI TCAN 6 FRANCIS 091026 |
| 09/11 | 760.70 | LEE COUNTY ELECT ACH 5043880661 091126 |
| 09/11 | 1,726.44 | WEB INITIATED PAYMENT AT AMEX EPAYMENT ACH PMT A2920 091126 |
| 09/11 | 25.00 | 5/3 ONLINE PYMT TO CITIBANK -- ACCT XXXXXXXXXXX1135 |
| 09/11 | 1,054.98 | 5/3 ONLINE PYMT TO FORD CREDI- ACCT XXXX4780 |
| 09/14 | 738.14 | Duquesne Light PAYMENT 8612560000 091426 |
| 09/14 | 500.00 | 5/3 ONLINE TRANSFER TO SV: XXXXXX3389 REF # 01290009680 |
| 09/15 | 1,000.00 | 5/3 ONLINE PYMT TO CHASE MC &- ACCT XXXXXXXXXXX2636 |
| 09/16 | 19,020.32 | CHASE CREDIT CRD AUTOPAY 000000000629438 091626 |
| 09/17 | 18,800.67 | WEB INITIATED PAYMENT AT CHASE CREDIT CRD EPAY 9713741259 091726 |
| 09/18 | 20,000.00 | OUTGOING WIRE TRANS 091826 TRN 20260918010267 |
| 09/21 | 4,130.12 | WEB INITIATED PAYMENT AT HUNTINGTON NAT'L MTG PMTS 5012547880 092126 |
| 09/21 | 4,903.20 | WEB INITIATED PAYMENT AT WF HOME MTG AUTO PAY 0503503856 092126 |

FIFTH THIRD

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 09/21 | 500.00 | 5/3 ONLINE TRANSFER TO SV: XXXXXX3389 REF # 01293510400 |
| 09/23 | 253.82 | ATT PAYMENT 767594002EPAYO 092326 |
| 09/23 | 7,307.65 | Huntington Natio COMML LOAN 8002352612 092326 |
| 09/24 | 4,895.84 | AMEX EPAYMENT AM CDD ACH PMT COP000006622478 RICHARD FRANCIS 092426 |
| 09/25 | 402.06 | PENNSYLVANIA-AME PAYMENT 210033663390 092526 |
| 09/25 | 2,380.13 | 5/3 ONLINE PYMT TO FORD CREDI- ACCT XXXX5591 |
| 09/28 | 156.33 | WEB INITIATED PAYMENT AT BARCLAYCARD US CREDITCARD 1453796532 092826 |
| 09/28 | 490.39 | WEB INITIATED PAYMENT AT MARCO ISLAND FL CITY OF 1529543 092826 |
| 09/28 | 730.16 | WEB INITIATED PAYMENT AT THOMPSONGAS THOMPSOGAS THOMPSONGAS 092826 |
| 09/28 | 500.00 | 5/3 ONLINE TRANSFER TO SV: XXXXXX3389 REF # 01296095042 |
| 10/01 | 800.00 | SENT ZELLE PMT ID FTB155948977 TO AL CLEANING SWF LLC ACCOUNTS |
| 10/02 | 200.00 | 5/3 ONLINE PYMT TO HOME DEPOT- ACCT XXXXXXXXXXX1844 |
| 10/05 | 343.91 | Unitedhealthcare Premium 896659415082 100526 |
| 10/05 | 916.44 | WEB INITIATED PAYMENT AT JORDANTAXSERVICE UTILITYPMT JT02C7JZ 100526 |
| 10/05 | 400.00 | 5/3 ONLINE PYMT TO PEOPLES NA- ACCT XXXXXXXXXXX0026 |
| 10/05 | 500.00 | 5/3 ONLINE PYMT TO NORDSTROM- ACCT XXXXXXXXXXX8522 |
| 10/05 | 500.00 | 5/3 ONLINE TRANSFER TO SV: XXXXXX3389 REF # 01298619304 |

## Deposits / Credits

22 items totaling $102,189.62

| Date | Amount | Description |
|---|---|---|
| 09/08 | 2,000.00 | EARLY PAY: R & R EXPRESS IN CORP PAY RICHARD FRANCIS 090926 |
| 09/09 | 38.92 | MOBILE DEPOSIT |
| 09/09 | 75.00 | MOBILE DEPOSIT |
| 09/10 | 19,000.00 | 5/3 ONLINE TRANSFER FROM SV: XXXXXX3389 REF # 01292209917 |
| 09/11 | 461.75 | GIANT LOGISTICS PAYROLL 01820000-0339-0 091126 |
| 09/11 | 3,052.74 | GIANT LOGISTICS PAYROLL 01820000-0339-0 091126 |
| 09/15 | 2,000.00 | EARLY PAY: R & R EXPRESS IN CORP PAY RICHARD FRANCIS 091626 |
| 09/16 | 19,417.18 | DEPOSIT |
| 09/18 | 461.75 | GIANT LOGISTICS PAYROLL 01820000-0339-0 091826 |
| 09/18 | 3,174.46 | GIANT LOGISTICS PAYROLL 01820000-0339-0 091826 |
| 09/18 | 3,430.66 | GIANT LOGISTICS PAYROLL 01820000-0339-0 091826 |
| 09/18 | 25,000.00 | INCOMING WIRE TRANS 091826 TRN 20260918018522 |
| 09/22 | 2,000.00 | EARLY PAY: R & R EXPRESS IN CORP PAY RICHARD FRANCIS 092326 |
| 09/25 | 461.75 | GIANT LOGISTICS PAYROLL 01820000-0339-0 092526 |
| 09/25 | 4,851.66 | GIANT LOGISTICS PAYROLL 01820000-0339-0 092526 |
| 09/28 | 2,498.15 | GIANT LOGISTICS PAYROLL 01820000-0339-0 092826 |
| 09/29 | 2,000.00 | EARLY PAY: R & R EXPRESS IN CORP PAY RICHARD FRANCIS 093026 |
| 10/02 | 461.75 | GIANT LOGISTICS PAYROLL 01820000-0339-0 100226 |
| 10/02 | 2,498.15 | GIANT LOGISTICS PAYROLL 01820000-0339-0 100226 |
| 10/02 | 6,082.85 | GIANT LOGISTICS PAYROLL 01820000-0339-0 100226 |
| 10/05 | 3,220.97 | GIANT LOGISTICS PAYROLL 01820000-0339-0 100526 |
| 10/05 | 1.88 | INTEREST |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/08 | 217,975.91 | 09/17 | 217,173.75 | 09/28 | 211,835.48 |
| 09/09 | 218,089.83 | 09/18 | 229,240.62 | 09/29 | 213,835.48 |
| 09/10 | 235,868.33 | 09/21 | 219,140.30 | 09/30 | 213,235.48 |
| 09/11 | 235,815.70 | 09/22 | 221,140.30 | 10/01 | 212,435.48 |
| 09/14 | 234,577.56 | 09/23 | 213,578.83 | 10/02 | 221,278.23 |
| 09/15 | 235,577.56 | 09/24 | 208,682.99 | 10/05 | 221,840.73 |
| 09/16 | 235,974.42 | 09/25 | 211,214.21 | | |

Statement Period Date: 9/5/2026 - 10/5/2026
Account Type: 5/3 PREFERRED CKG
Account Number: 7432414030

FIFTH THIRD
(SOUTH FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Banking Center: Marco Island
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

RICHARD S FRANCIS
KATHLEEN L FRANCIS
550 S BARFIELD DR
MARCO ISLAND FL 34145

## Account Summary - [redacted]3389

| | | | | |
|---|---|---|---|---|
| **09/05** | **Beginning Balance** | **$37,118.19** | Interest Earned | $0.19 |
| 2 | Withdrawals / Debits | $(19,029.99) | Number of Days in Period | 31 |
| 5 | Deposits / Credits | $2,000.19 | Annual Percentage Yield Earned | 0.01% |
| **10/05** | **Ending Balance** | **$20,088.39** | Interest Earned YTD | $7.20 |

**Monthly service charge to be withdrawn on first business day after this statement: $0.00**
The monthly service charge associated with your 53 MOMENTUM SAVINGS account is $7.50
Your monthly service charge was WAIVED or DISCOUNTED $7.50 because:
CHECKING RELATIONSHIP

Checking account providing discount: xxxx4030

## Withdrawals / Debits

**2 items totaling $19,029.99**

| Date | Amount | Description |
|---|---|---|
| 09/10 | 19,000.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX4030 REF # 01292209917 |
| 09/30 | 29.99 | WEB INITIATED PAYMENT AT COINBASE INC. 04207E62 RTL-V8A3RU94 093026 |

## Deposits / Credits

**5 items totaling $2,000.19**

| Date | Amount | Description |
|---|---|---|
| 09/14 | 500.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4030 REF # 01290009680 |
| 09/21 | 500.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4030 REF # 01293510400 |
| 09/28 | 500.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4030 REF # 01296095042 |
| 10/05 | 500.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX4030 REF # 01298619304 |
| 10/05 | 0.19 | INTEREST |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/10 | 18,118.19 | 09/21 | 19,118.19 | 09/30 | 19,588.20 |
| 09/14 | 18,618.19 | 09/28 | 19,618.19 | 10/05 | 20,088.39 |

FIFTH THIRD

This page intentionally left blank.