## ACCOUNT SUMMARY

**Fifth Third Momentum Savings**
x3389

**$22,058.58**
Available

More Details

Recent Activity | View by Statement

2 Prior: 09/05/2026 - 10/05/2026

| | | |
|---|---|---|
| **10/05/2026** | Interest | **$0.19** |
| **10/05/2026** | 5/3 Online Transfer From CK: XXXXXX4030 Ref # 01298619304 | **$500.00** |
| **09/30/2026** | Web Initiated Payment At Coinbase Inc. 04207e62 Rtl-V8a3ru94 093026 | **-$29.99** |
| **09/28/2026** | 5/3 Online Transfer From CK: XXXXXX4030 Ref # 01296095042 | **$500.00** |
| **09/21/2026** | 5/3 Online Transfer From CK: XXXXXX4030 Ref # 01293510400 | **$500.00** |
| **09/14/2026** | 5/3 Online Transfer From CK: XXXXXX4030 Ref # 01290009680 | **$500.00** |
| **09/10/2026** | 5/3 Online Transfer to CK: XXXXXX4030 Ref # 01292209917 | **-$19,000.00** |

**Last Login:** 11/09/2026 10:24pm

EQUAL HOUSING LENDER
Member FDIC

Copyright © 2026 Fifth Third Bank, National Association, All Rights Reserved.

Version 5.19.0-P