**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

RICHARD STEPHEN FRANCIS, Chapter 11

Case No. 2:26-bk-02418-FMR

Debtor.

_________________________________________/

**AGREED MOTION TO EXTEND DEADLINE FOR**
**OBJECTIONS TO EXEMPTIONS**
**(Relief Without Hearing Requested)**

Creditor Varilease Finance, Inc. ("Varilease"), by and through undersigned counsel, files this *Agreed Motion to Extend Deadline for Objections to Exemptions*, and in support thereof, states as follows:

1. On September 23, 2026, the Debtor, Richard Stephen Francis (the "Debtor"), filed his Schedules, including his claim of exemptions (the "Claimed Exemptions").

2. Pursuant to Federal Rule of Bankruptcy Procedure 4003(b), the deadline for parties in interest to file objections to the Debtor's Claimed Exemptions is currently November 27, 2026.

3. Varilease requires additional time to complete its review and analysis of the Debtor's Claimed Exemptions, including the valuation of assets, the legal basis for the exemptions asserted, and the supporting documentation. In connection therewith, Varilease has noticed a Rule 2004 Examination of the Debtor scheduled for December 10, 2026, and the production of documents in connection therewith is due on or before December 3, 2026. The information and documents obtained through the Rule 2004 Examination are necessary and relevant to evaluating the Debtor's Claimed Exemptions.

4. Counsel for Varilease and counsel for the Debtor have conferred and have agreed to extend Varilease's deadline to file any objections to the Debtor's Claimed Exemptions from November 27, 2026 to December 18, 2026.

5. The Debtor's consent is without prejudice to or waiver of any objections, claims, defenses, or other responses in opposition to any objections to the Debtor's claimed exemptions.

6. No party will be prejudiced by this requested extension.

7. A proposed Order is attached as **Exhibit A**.

**WHEREFORE**, Varilease Finance, Inc. respectfully requests that this Court (i) grant this Motion; (ii) extend the deadline for Varilease to file any objections to the Debtor's Claimed Exemptions to December 18, 2026; and (iii) grant such other and further relief as the Court deems just and proper.

Dated: November 3, 2026

Respectfully submitted,

*/s/Tracy Segal Foust*
Tracy Segal Foust
Florida Bar No. 0520713
1000 SE Monterey Commons Blvd.
Suite 306
Stuart, FL 34996
Phone: (772) 221-7757
Facsimile: (772) 781-6886
Email: tfoust@taftlaw.com

and

/s/*Jay L. Welford*
Jay L. Welford (Mich. Bar No. P34471)
Kimberly Ross Clayson (Mich. Bar No. P69804)
*Pro Hac Vice* motions pending
Taft Stettinius & Hollister LLC
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Attorneys for Varilease Finance, Inc. and VFI KR SPE I, LLC*

**CONSENT OF DEBTOR'S COUNSEL**

The undersigned counsel for the Debtor, Richard Stephen Francis, consents to the relief requested in this Motion and agrees to the extension of the deadline for objections to exemptions from November 27, 2026 to December 18, 2026.

/s/ ____________________

Michael D. Seese Seese, P.A.
101 NE 3rd Avenue Suite 1500
Ft. Lauderdale, FL 33301
*Attorney for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Agreed Motion to Extend Deadline for Objections to Exemptions was served on ________, 2026 via the Court's CM/ECF electronic filing system on all parties registered to receive electronic notice in this case, and/or via U.S. Mail, first class postage prepaid, upon the Debtor and the Debtor's counsel of record, and all other parties entitled to notice, at their addresses of record.

Dated: November 3, 2026

*/s/Tracy Segal Foust*

Tracy Segal Foust
Florida Bar No. 0520713
1000 SE Monterey Commons Blvd.
Suite 306
Stuart, FL 34996
Phone: (772) 221-7757
Facsimile: (772) 781-6886
Email: tfoust@taftlaw.com

EXHIBIT A — PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

RICHARD STEPHEN FRANCIS,

Debtor.

Chapter 11

Case No. 2:26-bk-02418-FMR

________________________________________/

**ORDER GRANTING AGREED MOTION TO EXTEND**
**DEADLINE FOR OBJECTIONS TO EXEMPTIONS**

THIS MATTER came before the Court, without hearing, upon the Agreed Motion to Extend Deadline for Objections to Exemptions filed by Varilease Finance, Inc. (Dkt. No. __) (the "Motion").

The Court, having reviewed the Motion, and noting the agreement of counsel for Varilease Finance, Inc. and counsel for the Debtor, finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

The Motion (Dkt. No. __) is **GRANTED**.

8. The deadline for Varilease to file objections to the Debtor's Claimed Exemptions is **EXTENDED** from November 27, 2026 to **December 18, 2026**. The entry of this Order is without prejudice to or waiver of any objections, claims, defenses, or other responses in opposition to any objections to the Debtor's claimed exemptions.

All other deadlines and provisions not modified herein shall remain in full force and effect.

# # #

Submitted by: Tracy Segal Foust Florida Bar No. 0520713
Taft Stettinius & Hollister LLP
1000 SE Monterey Commons Blvd. Suite 306
Stuart, FL 34996
Phone: (772) 221-7757
Facsimile: (772) 781-6886 Email: tfoust@taftlaw.com