**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

RICHARD STEPHEN FRANCIS, Chapter 11

Case No. 2:26-bk-02418-FMR

Debtor.
_______________________________________/

## CORRECTED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Agreed Motion to Extend Deadline for Objections to Exemptions* [ECF No. 50] was served on November 16, 2026 via the Court's CM/ECF electronic filing system on all parties registered to receive electronic notice in this case, and/or via U.S. Mail, first class postage prepaid, upon the Debtor and the Debtor's counsel of record, and all other parties entitled to notice, at their addresses of record.

Dated: November 19, 2026

*/s/Kimberly Ross Clayson*

Kimberly Ross Clayson, pro hac vice
Michigan Bar No. P69804
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
Email: kclayson@taftlaw.com