UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Richard Stephen Francis, Case No. 2:26-bk-02418-FMR

Debtor. Chapter 11

______________________________________/

**NOTICE OF COMPLIANCE WITH SPECIAL ADMISSION TO PRACTICE REQUREMENTS FILED BY JAY L. WELFORD**

NOTICE IS GIVEN THAT:

1. On October 26, 2026, the Court granted Jay L. Welford, Esq. of the law firm of Taft Stettinius & Hollister, LLP permission to appear pro hac vice in the above captioned case (ECF No. 46).
2. On November 16, 2026, the undersigned attests that the $150.00 special admission fee has been paid to the Clerk of the United States District Court for the Middle District of Florida.

*/s/ Jay L. Welford*
Jay L. Welford
Michigan Bar No. P34471
jwelford@taftlaw.com
Taft Stettinius & Hollister, LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
*Attorney for Creditors Varilease Finance, Inc. and VFI KR SPE I, LLC*

Dated: November 19, 2026