**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In Re: **Chapter 11**

RICHARD STEPHEN FRANCIS, Case No.: 2:26-bk-02418-FMR

Debtor.
_______________________________________________/

**THE HUNTINGTON NATIONAL BANK'S SECOND OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS (ALL OTHER EXEMPTIONS)**

Creditor, THE HUNTINGTON NATIONAL BANK as lender and as agent (together "HNB"), by and through its undersigned counsel, hereby objects to the Debtor's claimed exemptions and states:

1. On September 22, 2026, the Debtor filed his voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor filed his Schedules on October 13, 2026 wherein he claimed numerous exemptions. The Meeting of Creditors (the "Meeting") was conducted on October 27, 2026. HNB is timely filing these Objections within 30 days of the Meeting of Creditors.

**A. The Pennsylvania Properties**

2. HNB objects to Debtor's claimed exemptions of the following properties as tenancy by the entireties: (1) The Property known as 4251 Breckenridge Court, Presto, PA 15205; (2) Household Goods, Furnishings, and Other Items located at 4251 Breckenridge Court, Presto, PA 15205; (3) The Property known as 101 E. Crafton Avenue, Pittsburgh PA 15205; and (4) Household Goods, Furnishings, and Other Items located at 101 E. Crafton Avenue, Pittsburgh PA 15205 (collectively, the "Pennsylvania Properties"). Debtor has failed to establish the requisite unities of possession, interest, title, time, survivorship, and marriage for these assets to be deemed held as tenants by the entirety under applicable state law. Further, since at least one joint creditor

exists, the Debtor's interest in these assets is subject to administration for the benefit of all of the Debtor's creditors.

3. HNB reserves the right to amend its objections at a later date as further information becomes available.

**B. The Vehicles**

4. HNB objects to Debtor's claimed exemptions of the following vehicles as tenancy by the entireties: (1) 2018 Mercedes Benz 550SL; and (2) 2023 Boston Whaler 420 R Outrage (collectively, the "Vehicles"). Debtor has failed to establish the requisite unities of possession, interest, title, time, survivorship, and marriage for these assets to be deemed held as tenants by the entirety under applicable state law. Further, since at least one joint creditor exists, the Debtor's interest in these assets is subject to administration for the benefit of all of the Debtor's creditors.

5. HNB reserves the right to amend its objections at a later date as further information becomes available.

**C. The Bank Accounts**

6. HNB objects to Debtor's claimed exemptions of the assets property as tenancy by the entireties: (1) Checking Account at First National Bank, Account Number x3119; (2) Checking Account at Fifth Third, Account Number x4030; and (3) Savings Account at Fifth Third, Account Number x3389 (collectively, the "Bank Accounts"). Debtor has failed to establish the requisite unities of possession, interest, title, time, survivorship, and marriage for these assets to be deemed held as tenants by the entirety under applicable state law. Further, since at least one joint creditor exists, the Debtor's interest in these assets is subject to administration for the benefit of all of the Debtor's creditors.

7. HNB reserves the right to amend its objections at a later date as further information becomes available.

**D. The LLC Interests**

8. HNB objects to Debtor's claimed exemptions of the following LLC interests as tenancy by the entireties: (1) Ownership Interest in Destination One, LLC; and (2) Ownership interest in Fastport, LLC (collectively, the "Ownership Interests"). Debtor has failed to establish the requisite unities of possession, interest, title, time, survivorship, and marriage for these assets to be deemed held as tenants by the entirety under applicable state law. Further, since at least one joint creditor exists, the Debtor's interest in these assets is subject to administration for the benefit of all of the Debtor's creditors.

9. HNB reserves the right to amend its objections at a later date as further information becomes available.

**E. The Other Claimed Exemptions**

10. HNB objects to Debtor's claimed exemptions of the following assets as tenancy by the entireties: (1) Interest in The Richard S. And Kathleen L. Francis Revocable Trust; (2) Tax Returns, specifically the 2021 Federal Tax Return, the 2025 Federal Tax Return, and the 2025 State Tax Return; (3) Loan to Former Employee; (4) Claim against HNB; and (5) Nevillewood Country Club Equity Interest (collectively, the "Other Claimed Exemptions"). Debtor has failed to establish the requisite unities of possession, interest, title, time, survivorship, and marriage for these assets to be deemed held as tenants by the entirety under Florida law. Further, since at least one joint creditor exists, the Debtor's interest in these assets is subject to administration for the benefit of all of the Debtor's creditors.

11. HNB reserves the right to amend its objections at a later date as further information becomes available.

**WHEREFORE**, Huntington National Bank, as lender and as agent, hereby objects to the Debtor's above claimed exemptions and respectfully requests that the Court enter an order sustaining these objections, for an award of costs, and for all such further relief as this Court deems just.

Dated this 19th day of November, 2026.

*/s/ John D. Emmanuel*
John D. Emmanuel
Florida Bar No: 0475572
john.emmanuel@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
401 East Jackson Street, Suite 2400
Tampa, FL 33602
813 222 8180
Fax No: 813 222 8189
*Attorneys for Creditor The Huntington National Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing Second Objections by The Huntington National Bank to Debtor's Claimed Exemptions that has been electronically filed this 19th day of November, 2026, using the Court's CM/ECF Electronic Filing System, which will send a Notice of Electronic Filing to all counsel of record. The same was sent via U.S. Mail to the following:

Michael D. Seese, Esq.
Seese, P.A.
1001 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301

Richard Stephen Francis, Debtor
550 S. Barfield Drive
Marco Island, FL 34145

Kathleen Francis
550 S. Barfield Drive
Marco Island, FL 34145

*/s/ John D. Emmanuel*
John D. Emmanuel
Attorney
4935-1807-4335, v. 1